UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF01007N (rev 06/2017)

In re:

**Aearo Technologies LLC**,
    Debtor.

Case No. **22–02890–JJG–11**

# DEFICIENCY NOTICE FOR BANKRUPTCY PETITION

**NOTICE IS GIVEN** that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below:

- List of Secured Creditors due August 2, 2022
- Income & Expense Schedule due August 9, 2022
- Attorney Disclosure of Compensation due August 9, 2022
- Statement of Financial Affairs with Declaration due August 9, 2022
- Summary of Assets and Liabilities with Declaration due August 9, 2022
- Schedule A/B with Declaration due August 9, 2022
- Schedule D with Declaration due August 9, 2022
- Schedule E/F with Declaration due August 9, 2022
- Schedule G with Declaration due August 9, 2022
- Schedule H with Declaration due August 9, 2022
- Verification of Creditor List due August 9, 2022

Documents filed with the Court must be the most recent official forms which can be found at www.uscourts.gov/forms/bankruptcy–forms.

**NOTICE IS FURTHER GIVEN** that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, the above–captioned case may be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated: July 26, 2022
                                            Eric R. Kleis
                                            Clerk, U.S. Bankruptcy Court