# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 7/26/2022 |
| Case: 22−02890−JJG−11 | Form ID: SF01007N | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty         Jeffrey A Hokanson         jeff.hokanson@icemiller.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Aearo Technologies LLC         7911 Zionsville Road         Indianapolis, IN 46268

TOTAL: 1