IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) )  Chapter 11 ) |
| AEARO TECHNOLOGIES LLC, | ) )  Case No. 22-02890-11 |
| Debtors. | ) ) ) |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Faegre Drinker Biddle & Reath LLP, as counsel to 3M Company ("3M"), pursuant to section 1109(b) of the Bankruptcy Code, Bankruptcy Rule 9010(b) and pursuant to Rule B-9010-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, hereby enters its appearance in the above-captioned case. Below counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be served upon the undersigned at the office, postal address, telephone number, telecopy number and email addresses listed as follows:

> Jay Jaffe (#5037-98)
> Faegre Drinker Biddle & Reath LLP
> 600 East 96th Street, Suite 600
> Indianapolis, IN 46240
> Telephone: (317) 569-4687
> Facsimile: (317) 569-4800
> jay.jaffe@faegredrinker.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Federal Rule of Bankruptcy Procedure 3017, the foregoing request includes any disclosure statement and/or plan of reorganization which may be filed in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive 3M's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which 3M is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

    Respectfully submitted,

    FAEGRE DRINKER BIDDLE & REATH LLP

    /s/ Jay Jaffe
      *Counsel for 3M Company*

Jay Jaffe (#5037-98)
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
jay.jaffe@faegredrinker.com

**CERTIFICATE OF SERVICE**

      I certify that on July 26, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Jeffrey A Hokanson    jeff.hokanson@icemiller.com, bgnotices@icemiller.com, david.young@icemiller.com

U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

                                                 /s/ Jay Jaffe