IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AEARO TECHNOLOGIES LLC, | ) |
| | ) Case No. 22-02890-11 |
| Debtors. | ) |
| | ) |

## MOTION TO APPEAR *PRO HAC VICE*

Michael C. Andolina of White & Case LLP moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of 3M Company in the above-styled cause only. In support of this motion, the applicant states:

1. The courts in which I am admitted to practice and the dates of admission are as follows:

| Courts | Dates of Admission (month/year) |
|---|---|
| U.S. District Court Illinois – Northern District | 2/1999 |
| U.S. District Court Illinois – Southern District | 8/2004 |
| U.S. Court of Appeals – Seventh Circuit | 12/2005 |
| U.S. Court of Appeals – Eleventh Circuit | 4/2018 |
| U.S. Court of Appeals – Ninth Circuit | 12/2019 |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-3.

WHEREFORE, the applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

WHITE & CASE LLP

/s/  Michael C. Andolina
*Counsel for 3M Company*

Michael C. Andolina
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5388
mandolina@whitecase.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2022, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Jeffrey A Hokanson    jeff.hokanson@icemiller.com, bgnotices@icemiller.com, david.young@icemiller.com

U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

/s/ Michael C. Andolina