# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| AEARO TECHNOLOGIES LLC, | ) Case No. 22-02890-11 |
| Debtors. | ) |

## AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

Michael C. Andolina, being first duly sworn upon his oath, states as follows:

I am a practicing attorney, duly licensed to practice, and currently in good standing in:

| Courts | Dates of Admission (month/year) |
|---|---|
| U.S. District Court Illinois – Northern District | 2/1999 |
| U.S. District Court Illinois – Southern District | 8/2004 |
| U.S. Court of Appeals – Seventh Circuit | 12/2005 |
| U.S. Court of Appeals – Eleventh Circuit | 4/2018 |
| U.S. Court of Appeals – Ninth Circuit | 12/2019 |

My license has never been suspended nor revoked, and I am not currently subject to any disciplinary action with respect to the practice of law.

I declare under penalty of perjury that these representations are true and correct.

Respectfully submitted,

WHITE & CASE LLP

/s/  Michael C. Andolina
*Counsel for 3M Company*

Michael C. Andolina
111 South Wacker Drive, Suite 5100
Chicago, IL 60606-4302
Telephone: (312) 881-5388
mandolina@whitecase.com

STATE OF ILLINOIS

COUNTY OF COOK

  Before me, a notary public in and for said county and state, personally appeared Michael C. Andolina, and being first duly sworn upon his oath, says that the facts alleged in the above Affidavit are true.

Signed and sealed: ___7/25/2022___ (date).

_____
Notary Public

My Commission Expires:

___Sept 11, 2024___

```
OFFICIAL SEAL
GEOFFREY APARICIO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/11/24
```