# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re<br><br>AEARO TECHNOLOGIES LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-02890-JJG-11 |

## NOTICE OF APPEARANCE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule B-9010-1(a) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of Indiana, Michael L. Tuchin, Thomas E. Patterson, Robert J. Pfister, Sasha M. Gurvitz, and Nir Maoz of KTBS Law LLP hereby enter their appearances as counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC, which is counsel to approximately 45,000 tort claimants with claims against the Debtors and is lead counsel for the Plaintiff Steering Committee in the Multidistrict Litigation styled *In re 3M Combat Arms Earplug Products Liability Litigation*, Case No. 19-2885 (N.D. Fla.), and respectfully request that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding be served upon:

> Robert J. Pfister (IN Bar No. 23250-02)
> Michael L. Tuchin (*Pro Hac Vice Pending*)
> Thomas E. Patterson (*Pro Hac Vice Pending*)
> Sasha M. Gurvitz (*Pro Hac Vice Pending*)
> Nir Maoz (*Pro Hac Vice Pending*)
> KTBS LAW LLP
> 1801 Century Park East, 26th Floor
> Los Angeles, CA 90067

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 7]. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Emails: rpfister@ktbslaw.com; mtuchin@ktbslaw.com;
tpatterson@ktbslaw.com; sgurvitz@ktbslaw.com; nmaoz@ktbslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance (the "Notice"), nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: July 26, 2022                KTBS LAW LLP


By: /s/ Robert J. Pfister
    Robert J. Pfister
    *Counsel for Aylstock, Witkin, Kreis & Overholtz, PLLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2022, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Jeffrey A Hokanson - jeff.hokanson@icemiller.com, bgnotices@icemiller.com, david.young@icemiller.com

U.S. Trustee – ustpregion10.in.ecf@usdoj.gov

                                                    */s/ Robert J. Pfister*
                                                    Robert J. Pfister