SO ORDERED: August 1, 2022.



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SRESVAC (rev 09/2018)

In re:

**Aearo Technologies LLC**,
    Debtor.

Case No. **22–02890–JJG–11**
JOINTLY ADMINISTERED

### ORDER VACATING ORDER ON MOTION TO APPEAR PRO HAC VICE

An Order Granting Motion to Appear Pro Hac Vice was entered in error on July 28, 2022, as document #119.

**IT IS ORDERED** that the Order Granting Motion to Appear Pro Hac Vice is **VACATED**.

The Clerk's Office will distribute this order.

###