IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In re:<br><br>AEARO TECHNOLOGIES LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-02890-JJG-11<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON DEBTORS'
MOTION TO ENFORCE THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on July 26, 2022 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division.

**PLEASE TAKE FURTHER NOTICE** that on August 1, 2022, the Debtors filed a motion to enforce the automatic stay in this case. A hearing has been scheduled for **August 18, 2022, at 9:00 a.m. (prevailing Eastern Time)**, before Chief Judge Jeffrey J. Graham in Room 311 of the Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204 (the "Courthouse"). **NOTE: ALL PERSONS ATTENDING THE HEARING IN PERSON MUST WEAR A MASK AT ALL TIMES UNLESS ADDRESSING THE COURT OR AS OTHERWISE PERMITTED BY CHIEF JUDGE GRAHAM.** You may participate in the hearing via audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that interested parties may participate in the hearing via Zoom, using this link:

https://www.zoomgov.com/j/16023126397.

**PLEASE TAKE FURTHER NOTICE** that parties that wish to listen to the hearing, but not actively participate, may do so by phone:

Phone: 551-285-1373 or 646-828-7669

Meeting ID: 160 2312 6397

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, filed on July 26, 2022 [Docket No. 7]. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

**PLEASE TAKE FURTHER NOTICE** that *your rights may be affected*. You should read the applicable pleadings carefully and discuss them with your attorney, if you have one, in connection with the chapter 11 case. (If you do not have an attorney, you may wish to consult with one.)

**PLEASE TAKE FURTHER NOTICE** that objections to the Debtors' requests for relief must be filed prior to the hearing scheduled herein, no later than **August 15, 2022, at 4:00 p.m., (prevailing Eastern Time)**. Objections may be filed electronically at www.insb.uscourts.gov, or delivered, in writing, to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, IN 46204.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the chapter 11 cases, an *Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* (the "Case Management Order") was entered substantially contemporaneously herewith, which, among other things, prescribes the manner in which objections must be served. A copy of the Case Management Order may be obtained at no charge at https://restructuring.ra.kroll.com/aearotechnologies/ or for a fee via PACER at https://www.insb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Case Management Order, you must also serve a copy of your written objection on the Core Group, the 2002 List, and the Affected Entities, as such terms are defined in the Case Management Order, **as soon as possible and prior to the hearing on the Motion**.

**PLEASE TAKE FURTHER NOTICE** that if you do not object to the relief requested in the Motion, by filing and serving a written objection to the relief requested in the Motion consistent with the Debtors' Case Management Order, the Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE** that you should consult the Case Management Order before filing any written objection to the Motion.

[*Remainder of page intentionally left blank*]

Indianapolis, Indiana
Dated:  August 1, 2022

*/s/ Jeffrey Hokanson*

**ICE MILLER LLP**
Jeffrey A. Hokanson (Ind. Atty. No. 14579-49)
John C. Cannizzaro (Ohio Atty. No. 85161)
Connor Skelly (Ind. Atty. No. 35365-06) (*pro hac vice* pending)
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone:    (317) 236-2100
Facsimile:    (317) 236-2219
Email:    Jeff.Hokanson@icemiller.com
    John.Cannizzaro@icemiller.com
    Connor.Skelly@icemiller.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (*pro hac vice* pending)
Emily Geier (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    emily.geier@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Chad J. Husnick, P.C. (*pro hac vice* pending)
Spencer A. Winters (*pro hac vice* pending)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    chad.husnick@kirkland.com
    spencer.winters@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2022, a copy of the *Notice of Hearing on Debtors' Motion to Enforce the Automatic Stay* was filed electronically. Notice of this filing will be sent to all necessary parties via the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Dated: August 1, 2022            */s/ Jeffrey Hokanson*
                                                Jeffrey A. Hokanson