| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Aearo Technologies LLC, et al. |
| United States Bankruptcy Court for the: | Southern  District of  Indiana (State) |
| Case number (If known): | 22-02890 |

☒ Check if this is an amended filing

# Chapter 11 Cases:  Amended Consolidated List of Law Firms Representing the Respirator Claimants

12/15

Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, Aearo Mexico Holding Corporation, Cabot Safety Intermediate LLC, and 3M Occupational Safety LLC (collectively, the "Debtors") each filed a petition in this Court on July 26, 2022 for relief under chapter 11 of title 11 of the United States Code.  The following is a consolidated list of parties that represent or have represented the known parties that have alleged claims against the Debtors related to alleged personal injury from workplace exposures to asbestos, silica, coal mine dust, or other occupational dusts in connection with the use of the Debtors' mask and respirator products (the "Top Respirator Counsel List").[1]  This list does not include any person or entity who is an "insider" under section 101(31) of title 11 of the United States Code.  The Top Respirator Counsel List was prepared based on a reasonable examination of the Debtors' books and records and based on information available as of the Petition Date.  The Debtors reserve the right to amend the Top Respirator Counsel List based on additional information they may identify.  The information contained in the Top Respirator Counsel List shall not constitute an admission by, nor shall it be binding on, the Debtors.

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Morgan, Collins, Yeast & Salyer** 455 2nd St. Paintsville, KY 41240  87 Oak Ridge Court Prestonsburg, KY 41653 | Attn: Kyle R. Salyer, Katherine Banks P: 606-789-1135 F: 888-751-8828 kyle.salyer@mcylegal.com kathybanks82@gmail.com | Litigation | Contingent/ Unliquidated/ Disputed | N/A | N/A | **Undetermined** |
| 2 | **Martin | Walton** 699 S. Friendswood Drive, Suite 107 Houston, TX 77546 | Attn: Michael B. Martin & Gage Walton P: 346-800-0285 mmartin@martinwaltonlaw.com rhonda@martinwaltonlaw.com | Litigation | Contingent/ Unliquidated/ Disputed | N/A | N/A | **Undetermined** |
| 3 | **Glenn Martin Hammond Law Offices, PLLC** 5476 North Mayo Trail, Pikeville, KY 41501 | Attn: Glenn Martin Hammond P: 606-437-7777 gmhlaw@hotmail.com | Litigation | Contingent/ Unliquidated/ Disputed | N/A | N/A | **Undetermined** |

---

[1]  This list is in substantially the same form as Official Bankruptcy Form 204 for chapter 11 cases setting forth the list of creditors other than insiders, who have the 20 largest unsecured claims against a debtor.

Debtor Name: Aearo Technologies LLC, *et al.*　　　　　　　　　　　Case Number (if known): 22-02890_____

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | **DiPiero Simmons McGinley & Bastress, PLLC**<br>604 Virginia Street East,<br>Charleston, WV 25301 | Attn: Lonnie C. Simmons, Robert M. Bastress III<br>P: 304-342-0133<br>rob.bastresss@dbdlawfirm.com<br>lonnie.simmons@dbdlawfirm.com | Litigation | Contingent/ Unliquidated/ Disputed | N/A | N/A | **Undetermined** |
| 5 | **Givens Law Firm, PLLC**<br>240 Trace Colony Park Drive<br>Suite 100<br>Ridgeland, MS 39157 | Attn: Johnny Givens<br>P: 601-300-2009<br>johnny@givens-law.com<br>jeanreid@givens-law.com | Litigation | Contingent/ Unliquidated/ Disputed | N/A | N/A | **Undetermined** |
| 6 | **Hamilton & Stevens, PLLC**<br>151 Main Street<br>P.O. Box 1286<br>Pikeville, KY 41502 | Attn: Jonah L. Stevens, Destiny S. Hamilton<br>P: 606-437-6555<br>F: 606-437-6553<br>jonah@hamiltonstevenslaw.com<br>destiny@hamiltonstevenslaw.com<br>hamiltonstevens@hamiltonstevensl | Litigation | Contingent/ Unliquidated/ Disputed | N/A | N/A | **Undetermined** |
| 7 | **Wolfe Williams & Reynolds**<br>470 Park Avenue<br>P.O. Box 625<br>Norton, VA 24273 | Attn: Joseph E. Wolf, Victoria Herman<br>P: 276-679-5919<br>F: 276-679-0777<br>jwolfe@wwrrlawfirm.com<br>vherman@wwrrlawfirm.com | Litigation | Contingent/ Unliquidated/ Disputed | N/A | N/A | **Undetermined** |
| 8 | **Porter \| Malouf, P.A.**<br>824 Ridgewood Rd,<br>Ridgeland, MS 39157 | Attn:  Tim W. Porter, Patrick C. Malouf, Suzanne E. Smith, James Sheppard, Mittie R. Field<br>P: 866-957-1173<br>F: 601-957-7366<br>tim@portermalouf.com<br>patrick@portermalouf.com<br>suzanne@portermalouf.com<br>bud@portermalouf.com | Litigation | Contingent/ Unliquidated/ Disputed | N/A | N/A | **Undetermined** |
| 9 | **The Cagle Law Firm**<br>500 N. Broadway, Ste 1605<br>St. Louis, MO 63102 | Attn: Zane Cagle, Andrew G. Mundwiller<br>P: 314-276-1681<br>zane@caglellc.com<br>andrew@caglellc.com | Litigation | Contingent/ Unliquidated/ Disputed | N/A | N/A | **Undetermined** |
| 10 | **Pillersdorf Law Offices**<br>124 West Court Street<br>Prestonsburg, KY 41653 | Attn: Ned Pillersdorf, Tanner Hesterberg<br>P: 606-886-6090<br>pillersn@gmail.com | Litigation | Contingent/ Unliquidated/ Disputed | N/A | N/A | **Undetermined** |

Debtor Name: Aearo Technologies LLC, *et al.*  Case Number (if known): 22-02890

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | **Jacobs Ward PSC**<br>P.O. Box 100,<br>Whitesburg, KY | Attn: James Tyler Ward, II<br>P: 606-634-9600<br>F: 606-633-5749<br>tyler@jacobsward.com | Litigation | Contingent/<br>Unliquidated/<br>Disputed | N/A | N/A | **Undetermined** |
| 12 | **Maples, Tucker & Jacobs, LLC**<br>2001 Park Place North<br>Suite 1325<br>Birmingham, Alabama 35203 | Attn: Samuel Maples, William C. Tucker Jr., Jack Jacobs, Tom Walker, CeCe Brown Freeman, Paisley Newsom<br>P: 205-322-2333<br>F: 205-322-4962<br>sam@mtandj.com | Litigation | Contingent/<br>Unliquidated/<br>Disputed | N/A | N/A | **Undetermined** |
| 13 | **Collins, Collins & Conley PSC**<br>161 West Main St.<br>Hindman, KY 41822 | Attn: Adam Collins, Nathan Collins<br>P: 606-785-5048<br>adam@collinsconley.com<br>nlcollins@live.com | Litigation | Contingent/<br>Unliquidated/<br>Disputed | N/A | N/A | **Undetermined** |
| 14 | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |
| 15 | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |
| 16 | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |
| 17 | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |
| 18 | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |
| 19 | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |
| 20 | N/A | N/A | N/A | N/A | N/A | N/A | **N/A** |

**Fill in this information to identify the case and this filing:**

Debtor Name __Aearo Technologies LLC, *et al.*__

United States Bankruptcy Court for the: __Southern__ District of __Indiana__
(State)

Case number (*If known*): __22-02890__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/04/2022__        ✗ __/s/ John R. Castellano_____
MM / DD / YYYY                             Signature of individual signing on behalf of debtor

__John R. Castellano_____
Printed name

__Chief Restructuring Officer_____
Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**