| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Aearo Technologies LLC, *et al.* |
| United States Bankruptcy Court for the: | Southern  District of Indiana (State) |
| Case number (If known): | 22-02890 |

☑ Check if this is an amended filing

# Chapter 11 Cases:  Amended Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

Aearo Technologies LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, Aearo Mexico Holding Corporation, Cabot Safety Intermediate LLC, and 3M Occupational Safety LLC (collectively, the "Debtors") each filed a petition in this Court on July 26, 2022 for relief under chapter 11 of title 11 of the United States Code.  The following is a consolidated list of creditors that have the largest unsecured claims against the Debtors (the "Top Unsecured Creditors List").[1]  This list does not include any person or entity who is an "insider" under section 101(31) of title 11 of the United States Code.  The Top Unsecured Creditors List was prepared with information existing as of the date hereof.  The Debtors reserve the right to amend the Top Unsecured Creditors List based on additional information they may identify.  The information contained in the Top Unsecured Creditors List shall not constitute an admission by, nor shall it be binding on, the Debtors.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[2] |
| 1 | **Moldo Industrial Limited**  Room 03, 14/F, Block A, Hi-Tech Industrial Centre  5-21 Pak Tin Par Street Tsuen Wan, N.T., Hong Kong | Attn: Helen Huang  P: 86 0755 86060383 828 | Trade Payable | Contingent/ Unliquidated | N/A | N/A | **$221,991** |
| 2 | **Century Creation Int'l Co., Ltd.**  Mo Wu Village Century Creation Industry Mansions, Wan Jiang Area  523285 Dongguan City, China | Attn: Jan Mo  P: 86(769) 81338788 203  jan@centurycreation.com | Trade Payable | Contingent/ Unliquidated | N/A | N/A | **$151,351** |
| 3 | **Johns Manville**  717 17th Street  Denver, CO 80202 | Attn: Richard Barnes  P: 303-856-5862  Richard.Barnes@jm.com | Trade Payable | Contingent/ Unliquidated | N/A | N/A | **$138,361** |

---

[1]  This list is in substantially the same form as Official Bankruptcy Form 204 for chapter 11 cases setting forth the list of creditors, other than insiders, who have the 20 largest unsecured claims against a debtor.

[2]  All amounts set forth herein reflect an estimated unsecured claim based on invoices received by the Debtors, which remain subject to ongoing review and reconciliation.  For the avoidance of doubt, the Debtors reserve all rights with respect to these amounts, subject to a final reconciliation.

Debtor Name: Aearo Technologies LLC, *et al.*                              Case Number (if known): 22-02890_____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | **Solimide Foams/Boyd Corporation**<br>4000 E Bristol St, Ste 3<br>Elkhart, IN 46514 | Attn: James Williams<br>P: 870-602-1105<br>james.williams@boydcorp.com | Trade Payable | Contingent/<br>Unliquidated | N/A | N/A | **$97,509** |
| 5 | **M Chemical Company, Inc.**<br>825 Colorado Blvd, Ste 214<br>Los Angeles, CA 90041 | Attn: Ravi Joshi, Ph. D.<br>P: 323-254-3600<br>Ravi.joshi@mchemical.com | Trade Payable | Contingent/<br>Unliquidated | N/A | N/A | **$85,600** |
| 6 | **Trinity Aerospace Corp.**<br>7017 Fir Tree Drive<br>Mississauga, ON L5S 1J7 Canada | Attn: Kofi Bannerman-Maxwell<br>P: 416-575-2446<br>kmaxwell@trinityaerocanada.com | Trade Payable | Contingent/<br>Unliquidated | N/A | N/A | **$62,447** |
| 7 | **Clean Harbors Env Svcs Inc**<br>42 Longwater Dr.<br>Norwell, MA 02061 | Attn: Larry Coleman<br>P: 502-269-2056<br>coleman.larry@cleanharbors.com | Trade Payable | Contingent/<br>Unliquidated | N/A | N/A | **$55,037** |
| 8 | **ColFin Cobalt Reit LLC**<br>345 Park Ave<br>New York, NY 10154 | Attn: Julian Anapolsky<br>janapolsky@linklogistics.com | Trade Payable | Contingent/<br>Unliquidated | N/A | N/A | **$52,992** |
| 9 | **Avient Corporation**<br>305 Foster Street, Ste 105<br>Littleton, MA 01460 | Attn: Tracie Phillips<br>P: 224-227-5913<br>tracy.phillips@avient.com | Trade Payable | Contingent/<br>Unliquidated | N/A | N/A | **$52,673** |
| 10 | **Formosa Plastics Corporation**<br>9 Peach Tree Hill Road<br>Livingston, NJ 07039 | Attn: Roger Deininger<br>P: 610-716-9984<br>rdeininger@fpcusa.com | Trade Payable | Contingent/<br>Unliquidated | N/A | N/A | **$52,149** |
| 11 | **Plastic Research & Development, Inc.**<br>747 Washboard Rd.<br>Springville, IN 47462 | Attn: Mark Murphy<br>812-329-1023<br>Mark.Murphy@prd-inc.com | Trade Payable | Contingent/<br>Unliquidated | N/A | N/A | **$38,404** |
| 12 | **Strom Engineering Corporation**<br>1505 Wayzata Boulevard, Suite 300<br>Minnetonka, MN 55305-1521 | Attn: Michelle Anderson<br>P: 952-544-8644<br>manderson@stromengineering.com | Trade Payable | Contingent/<br>Unliquidated | N/A | N/A | **$36,875** |
| 13 | **Mass Printing Inc.**<br>300 Unicorn Park Drive<br>4th Floor<br>Woburn, MA 01801 | Attn: Fran Manning<br>P: 866-268-4547<br>Fmanning@massprinting.com | Trade Payable | Contingent/<br>Unliquidated | N/A | N/A | **$35,381** |

Debtor Name: Aearo Technologies LLC, *et al.*                                   Case Number (if known): 22-02890_____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | **Priority-1, Inc.**<br>1800 E Roosevelt Rd.<br>Little Rock, AR 72206 | Attn: Steve Sangree<br>P: 501-372-0461<br>steve.sangree@priority1.com | Trade Payable | Contingent/ Unliquidated | N/A | N/A | **$32,225** |
| 15 | **Edgar Barcus & Co Inc**<br>50 Cutler Ave, Ste 5<br>Westville, NJ 08093 | Attn: Leo Laskowski<br>P: 856-906-6795<br>leol@barcusdie | Trade Payable | Contingent/ Unliquidated | N/A | N/A | **$26,200** |
| 16 | **Delmarva Power & Light Company**<br>401 Eagle Run Rd.<br>Newark, DE 19702 | Attn: Cristopher Taylor<br>P: 202-388-2111<br>kast-north@pepcoholdings.com | Trade Payable | Contingent/ Unliquidated | N/A | N/A | **$25,918** |
| 17 | **Pallet Services Inc**<br>PO BOX 9,<br>Swedesboro, NJ 08085<br>66 Pennsgrove<br>Pedricktown Rd, NJ 08067 | Attn: Steve Sorbello<br>P: 609-617-2524<br>stevejr@palletservices.com | Trade Payable | Contingent/ Unliquidated | N/A | N/A | **$24,681** |
| 18 | **DEEM Mechanical and Electric Company**<br>6831 E 32nd Street, Ste 200<br>Indianapolis, IN 46266 | Attn: Shelley Hammer<br>P: 317-860-4094<br>shammer@deemfirst.com | Trade Payable | Contingent/ Unliquidated | N/A | N/A | **$24,000** |
| 19 | **Atlas Container Corporation**<br>840 Telegraph Road<br>Severn, MD 21144 | Attn: Peter J. Centenari<br>P: 410-551-6300<br>peterc@atlascontainer.com | Trade Payable | Contingent/ Unliquidated | N/A | N/A | **$18,390** |
| 20 | **Expeditors Hong Kong Limited**<br>36-38/F Enterprise Square<br>Three 39 Wang Chikowloon Bay<br>Hong Kong | Attn: Karen Luk<br>P: 852 60216964<br>karen.luk@expeditors.com | Trade Payable | Contingent/ Unliquidated | N/A | N/A | **$18,344** |

**Fill in this information to identify the case and this filing:**

Debtor Name __Aearo Technologies LLC, *et al.*_____

United States Bankruptcy Court for the: __Southern_____ District of __Indiana____
(State)

Case number (*If known*): __22-02890_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/04/2022_____          ✗ __/s/ John R. Castellano_____
           MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                            __John R. Castellano_____
                                            Printed name

                                            __Chief Restructuring Officer_____
                                            Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**