# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | Case No. 22-02890-JJG-11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF HEARING ON (I) CERTAIN APPLICATIONS AND MOTION REGARDING THE RETENTION AND EMPLOYMENT OF DEBTORS' PROPOSED AND ORDINARY COURSE PROFESSIONALS AND (II) DEBTORS' MOTION RELATED TO THE ESTABLISHMENT OF INTERIM COMPENSATION AND EXPENSE REIMBURSEMENT PROCEDURES

**PLEASE TAKE NOTICE** that on July 26, 2022 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division.

**PLEASE TAKE FURTHER NOTICE** that on August 9, 2022, the Debtors filed the (i) *Debtors' Application for Entry on an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 26, 2022* [Docket No. 300]; (ii) *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of McDonald Hopkins LLC as Special Counsel Effective as of the Petition Date* [Docket No. 301]; (iii) *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ice Miller LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of July 26, 2022* [Docket No. 302]; (iv) *Debtors' Application for Entry of an Order (A) Authorizing Retention and Employment of Bates White, LLC as Claims Valuation Consultants Effective as of the Petition Date and (B) Granting Related Relief* [Docket No. 304]; (v) *Debtors' Application for Entry of an Order Authorizing the (I) Retention of AP Services, LLC, (II) Designation of John R. Castellano as Chief Restructuring Officer as of the Petition Date, and (III) Granting Related Relief* [Docket No. 305]; (vi) *Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 306]; and (vii) *Debtors' Motion for Entry of an Order Authorizing the Debtors to*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, entered by the Court for each consolidated Debtor [Docket Nos. 37–42]. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

*Retain and Compensate Professionals Utilized in the Ordinary Course of Business* [Docket No. 307] (collectively, the "Motions").

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THE MOTIONS WILL BE HELD AS FOLLOWS**:

Date:  September 14, 2022

Time:  9:00 a.m. (prevailing Eastern Time)

Judge:  Chief Judge Jeffrey J. Graham

Location:  Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Courtroom 311, Indianapolis, Indiana 46204.

**PLEASE TAKE FURTHER NOTICE** that any objections, responses, pleadings, or other submissions related to the Motions shall be filed on or before **September 7, 2022, at 4:00 p.m., (prevailing Eastern Time)**.  Objections, responses, pleadings, or other submissions may be filed electronically at www.insb.uscourts.gov, or delivered, in writing, to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, IN 46204.

**PLEASE TAKE FURTHER NOTICE THAT ALL PERSONS ATTENDING THE HEARING IN PERSON MUST WEAR A MASK AT ALL TIMES UNLESS ADDRESSING THE COURT OR AS OTHERWISE PERMITTED BY CHIEF JUDGE GRAHAM.**

**PLEASE TAKE FURTHER NOTICE THAT** you may participate in the hearing via audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that interested parties may participate in the hearing via Zoom, using this link:

https://www.zoomgov.com/j/16023126397.

**PLEASE TAKE FURTHER NOTICE** that parties that wish to listen to the hearing, but not actively participate, may do so by phone:

Phone:  551-285-1373 or 646-828-7666

Meeting ID:  160 2312 6397

**PLEASE TAKE FURTHER NOTICE that *your rights may be affected*.  You should read the applicable pleadings carefully and discuss them with your attorney, if you have one, in connection with the chapter 11 case.  (If you do not have an attorney, you may wish to consult with one.)**

**PLEASE TAKE FURTHER NOTICE** that, in connection with the chapter 11 cases, an *Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* (the "Case Management Order") [Docket No. 152] was entered on

2

July 29, 2022, which, among other things, prescribes the manner in which objections must be served.  A copy of the Case Management Order may be obtained at no charge at https://restructuring.ra.kroll.com/aearotechnologies/ or for a fee via PACER at https://www.insb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Case Management Order, you must also serve a copy of your written objection on the Core Group, the 2002 List, and the Affected Entities, as such terms are defined in the Case Management Order, **as soon as possible and prior to the hearing on the Motions**.

**PLEASE TAKE FURTHER NOTICE** that you should consult the Case Management Order before filing any written objection to the Motions.

[*Remainder of page intentionally left blank*]

Indianapolis, Indiana
Dated: August 9, 2022

/s/ Jeffrey A. Hokanson
**ICE MILLER LLP**
Jeffrey A. Hokanson (Ind. Atty. No. 14579-49)
Connor Skelly (Ind. Atty. No. 35365-06) (*pro hac vice* pending)
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Facsimile: (317) 236-2219
Email: Jeff.Hokanson@icemiller.com
Connor.Skelly@icemiller.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Emily Geier (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
emily.geier@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Spencer A. Winters (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: chad.husnick@kirkland.com
spencer.winters@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2022, a copy of the *Notice of Hearing on (I) Certain Applications and Motion Regarding the Retention and Employment of Debtors' Proposed and Ordinary Course Professionals and (II) Debtors' Motion Related to the Establishment of Interim Compensation and Expense Reimbursement Procedures* was filed electronically. Notice of this filing will be sent to all necessary parties via the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Dated:  August 9, 2022                              */s/ Jeffrey A. Hokanson*
                                                                   Jeffrey A. Hokanson