# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AEARO TECHNOLOGIES LLC, et al.,[1] | § | Case No. 22-02890-JJG-11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, the Order Granting Motion to Appear Pro Hac Vice (ECF No. 264) was entered electronically by the Court. Notice of this Order will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David Agay dagay@mcdonaldhopkins.com
John Joseph Allman jallman@hbkfirm.com, dadams@hbkfirm.com
Michael Andolina mandolina@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com
Adam Arceneaux adam.arceneaux@icemiller.com, michelle.mosgrove@icemiller.com
Bryan F. Aylstock baylstock@awkolaw.com
Laura Elizabeth Baccash laura.baccash@whitecase.com
Kevin W Barrett kbarrett@baileyglasser.com, jkittinger@baileyglasser.com
Ashley Barriere ashley.barriere@kellerpostman.com
Brent Barriere bbarriere@fishmanhaygood.com, kfritscher@fishmanhaygood.com; dbush@fishmanhaygood.com
Nicole Berg ncb@kellerpostman.com
David Bernick david.bernick@kirkland.com
Karen Hope Beyea-Schroeder kschroeder@junell-law.com
John Bougiamas jbougiamas@otterbourg.com, mcyganowski@otterbourg.com; jfeeney@otterbourg.com; jhilderbrandt@otterbourg.com; asilverstein@otterbourg.com
Bobby Jene Bradford, Jr. bradfordservice@awkolaw.com
Kayla D. Britton kayla.britton@faegredrinker.com, noticeFRindy@faegrebd.com
David R. Buchanan dbuchanan@seegerweiss.com
Jason Walker Burge jburge@fishmanhaygood.com
Maggie B. Burrus mburrus@baileyglasser.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

Lisa Nathanson Busch lbusch@weitzlux.com
Deborah Caruso dcaruso@rubin-levin.net, dwright@rubin-levin.net; cgilly@rubin-levin.net; atty_dcaruso@bluestylus.com
Joanna Diane Caytas joannacaytas@quinnemanuel.com
Clayton A Clark cclark@triallawfirm.com
Melanie Louise Cyganowski mcyganowski@otterbourg.com
Kevin M Davis kdavis@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
Laura A DuVall Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Frank Dylewski frank.dylewski@kellerpostman.com
Phillip Fajgenbaum phillipfajgenbaum@parkerpoe.com
Jennifer S. Feeney jfenney@otterbourg.com
Kiah T Ford, IV chipford@parkerpoe.com
Joshua A. Gadharf jgadharf@mcdonaldhopkins.com
Emily Geier emily.geier@kirkland.com
Brian A Glasser bglasser@baileyglasser.com
Sasha M. Gurvitz sgurvitz@ktbslaw.com
Samuel P Hershey shershey@whitecase.com, jdisanti@whitecase.com; mco@whitecase.com
Michael W. Hile mhile@jacobsonhile.com, assistant@jacobsonhile.com
Jennifer M. Hoekstra jhoekstra@awkolaw.com
Jeffrey A Hokanson jeff.hokanson@icemiller.com, bgnotices@icemiller.com, david.young@icemiller.com
David Horowitz dhorowitz@kirkland.com
Matthew Steven Hosen matthosen@quinnemanuel.com
Amanda Hunt amanda.hunt@kellerpostman.com
Derek Hunter derek.hunter@kirkland.com
Chad Husnick chusnick@kirkland.com
Shelley Van Natter Hutson shutson@triallawfirm.com
Jay Jaffe jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com
Ashley J. Jericho ajericho@mcdonaldhopkins.com
Ashley Keller ack@kellerpostman.com
Max Kelly mkelly@seegerweiss.com
Andrew T Kight akight@jhklegal.com, assistant@jhklegal.com; akight@ecf.courtdrive.com
Jessica Lauria jessica.lauria@whitecase.com, jdisanti@whitecase.com; mco@whitecase.com
Martha R. Lehman mlehman@smithamundsen.com, marthalehman87@gmail.com; ispells@salawus.com;lengle@salawus.com
Deborah K. Levy dlevy@junell-law.com
Matthew Evan Linder mlinder@whitecase.com
Elizabeth Marie Little elizabeth.little@faegredrinker.com, noticeFRindy@faegredrinker.com; anita.sery@faegredrinker.com; docketgeneral@faegredrinker.com; beth.olivere@faegredrinker.com
Kevin C Maclay kmaclay@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
Tristan Manthey tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com; dbush@fishmanhaygood.com
Nir Maoz nmaoz@ktbslaw.com
Harmony A Mappes harmony.mappes@faegredrinker.com, kristina.tinsley@faegrebd.com

Micah E. Marcus mmarcus@mcdonaldhopkins.com
Michael B. Martin mmartin@martinwaltonlaw.com
D. Todd Mathews tmathews@baileyglasser.com
Mark McKane mark.mckane@kirkland.com
Ronald J. Moore Ronald.Moore@usdoj.gov
William Michael Moreland MMoreland@triallawfirm.com
Joseph Scott Nabers snabers@naberslaw.com, kathy@naberslaw.com; mtorres@naberslaw.com
Cherie Nobles cnobles@fishmanhaygood.com, kfritscher@fishmanhaygood.com
Thomas E Patterson tpatterson@ktbslaw.com
Robert J Pfister rpfister@ktbslaw.com
Todd E. Phillips tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
Brenton Rogers brogers@kirkland.com
Syed Ali Saeed ali@sllawfirm.com, betty@sllawfirm.com
Edward Sassower esassower@kirkland.com
Christopher A. Seeger cseeger@seegerweiss.com
Caleb Seeley cseeley@seegerweiss.com
David L. Selby, II dselby@baileyglasser.com
Adam C. Silverstein asilverstein@otterbourg.com, awilliams@otterbourg.com; JHildebrandt@otterbourg.com
Connor Skelly connor.skelly@icemiller.com
Renee D. Smith rdsmith@kirkland.com
Gregory Starner gstarner@whitecase.com
Claire Stephens claire.stephens@kirkland.com
Harrison Edward Strauss harrison.strauss@usdoj.gov
Rachel C. Strickland rstrickland@willkie.com
Ariella Thal Simonds asimonds@ktbslaw.com
Meredith R. Theisen mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com; mralph@rubin-levin.net; cgilly@rubin-levin.net
McClain Thompson mcclain.thompson@kirkland.com
Patricia B. Tomasco pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com; joannacaytas@quinnemanuel.com; ericwinston@quinnemanuel.com; matthosen@quinnemanuel.com; adamwolfson@quinnemanuel.com
Andrea Kochert Townsend atownsend@psrb.com, tjohnson@psrb.com
Michael L. Tuchin mtuchin@ktbslaw.com
U.S. Trustee ustpregion10.in.ecf@usdoj.gov
Anne Gilbert Wallice anne.wallice@kirkland.com
Nick Wasdin nick.wasdin@kirkland.com
James Wehner jwehner@capdale.com
Perry Weitz pweitz@weitzlux.com
Mark R. Wenzel Mwenzel@smithamundsen.com, ispells@salawus.com
Eric Winston ericwinston@quinnemanuel.com
Spencer Winters spencer.winters@kirkland.com
Justin G. Witkin jwitkin@awkolaw.com
Adam Wolfson adamwolfson@quinnemanuel.com
Robert C Yan ryan@otterbourg.com

DATED: August 18, 2022                    Respectfully Submitted,

*/s/ Justine Delaney*
Justine Delaney
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
212-558-5500 Office
212-344-5461 Facsimile
jdelaney@weitzlux.com