IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>AEARO TECHNOLOGIES LLC, *et. al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-02890-JJG-11<br><br>(Jointly Administered) |

**NOTICE OF APPOINTMENT OF COMMITTEE –
TORT CLAIMANTS RELATED TO COMBAT ARMS EARPLUGS**

Nancy J. Gargula, United States Trustee, by Harrison E. Strauss, Trial Attorney, pursuant to 11 U.S.C. § 1102(a) hereby appoints the following members to an Official Committee of Unsecured Creditors for Tort Claimants - Related to Use of Combat Arms Version 2 Earplugs ("CAE Committee") in the above captioned cases:

1. Beal, James
   c/o Bryan Aylstock, Esq.
   Aylstock, Witkin, Kreis and Overholtz, PLC
   17 E. Main St., Suite 200
   Pensacola, FL 32502
   850-202-2203
   baylstock@awkolaw.com
   cc: bwilliams@awkolaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief, filed contemporaneously herewith. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

2. Beautiful Bald Eagle, Remi
   c/o Evan Buxner and
   Beth Gori
   The Gori Law Firm
   156 N. Main St.
   Edwardsville, IL 62025
   618-659-9833
   evan@gorilaw.com
   beth@gorilaw.com

3. The Blue Cross Blue Shield Association
   by Brendan Stuhan, Assistant General Counsel of Litigation
   c/o Rawlings & Associates PLLC
   Attention: Robert Griffith and Mark Fischer
   1 Eden Parkway
   LaGrange, KY 40031
   mdf@rawlingsandassociates.com

4. Camarillorazo, Guillermo
   c/o Laminack, Pirtle & Martines
   5020 Montrose Blvd., 9th Floor
   Houston, TX 77006
   713-292-2750
   guillermo@lpm-triallaw.com

5. Darnell, William
   c/o Kenneth S. Byrd
   Mark P. Chalos
   Elizabeth Cabraser
   LIEFF CABRASER HEIMANN & BERNSTEIN LLP
   222 Second Avenue South, Suite 1640
   Nashville, TN 37201
   615-313-9000
   kbyrd@lchb.com, mchalos@lchb.com, ecabraser@lchb.com
   cc: Sheena Perry (sperry@lchb.com)

6. Freeman, LaShaunda Parker
   c/o Christopher A. Seeger
   Seeger Weiss LLP
   55 Challenger Road
   Ridgefield Park, NJ 07660
   973-639-9100
   cseeger@seegerweiss.com

7. Story, Grayson
   c/o Parafinczuk Wolf, P.A.
   Pembroke Pines Professional Centre
   9050 Pines Blvd., Suite 450-02
   Pembroke Pines, Florida 33024
   215-431-8264
   sresnick@parawolf.com

8. Watts, Randy
   c/o Rick Paul
   Paul LLP
   601 Walnut, Suite 300
   Kansas City, Missouri 64106
   816-984-8100
   Rick@PaulLLP.com

9. Weir, Debra
   c/o Lisa Nathanson Busch
   Justine Delaney
   Weitz and Luxenberg, PC
   700 Broadway
   New York, NY 10003
   212-558-5567
   lbusch@weitzlux.com
   Jdelaney@weitzlux.com

Additional members may be appointed to the CAE Committee by the United States Trustee at a later date.

    Respectfully submitted,

    NANCY J. GARGULA,
    UNITED STATES TRUSTEE

    By: /s/ Harrison E. Strauss
    Harrison E. Strauss
    Trial Attorney
    Office of the United States Trustee
    Birch Bayh Federal Bldg. and
    United States Courthouse
    46 E. Ohio St., Room 520
    Indianapolis, IN 46204
    Phone: (317) 226-6101
    Fax: (317) 226-6356
    Harrison.Strauss@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David Agay dagay@mcdonaldhopkins.com

John Joseph Allman jallman@hbkfirm.com, dadams@hbkfirm.com

Michael Andolina mandolina@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com

Adam Arceneaux adam.arceneaux@icemiller.com, michelle.mosgrove@icemiller.com

Bryan F. Aylstock baylstock@awkolaw.com

Laura Elizabeth Baccash laura.baccash@whitecase.com

Kevin W. Barrett kbarrett@baileyglasser.com, jkittinger@baileyglasser.com

Ashley Barriere ashley.barriere@kellerpostman.com

Brent Barriere bbarriere@fishmanhaygood.com, kfritscher@fishmanhaygood.com dbush@fishmanhaygood.com

Nicole Berg ncb@kellerpostman.com

David Bernick david.bernick@kirkland.com

Karen Hope Beyea-Schroeder kschroeder@junell-law.com

John Bougiamas jbougiamas@otterbourg.com, mcyganowski@otterbourg.com, jfeeney@otterbourg.com, jhilderbrandt@otterbourg.com, asilverstein@otterbourg.com

Bobby Jene Bradford, Jr.bradfordservice@awkolaw.com

Kayla D. Britton kayla.britton@faegredrinker.com, noticeFRindy@faegrebd.com

David R. Buchanan dbuchanan@seegerweiss.com

Jason Walker Burge jburge@fishmanhaygood.com

Maggie B. Burrus mburrus@baileyglasser.com

Lisa Nathanson Busch lbusch@weitzlux.com

Deborah Caruso dcaruso@rubin-levin.net, dwright@rubin-levin.net, cgilly@rubin-levin.net, atty_dcaruso@bluestylus.com

Joanna Diane Caytas joannacaytas@quinnemanuel.com

Clayton A Clark cclark@triallawfirm.com

Melanie Louise Cyganowski mcyganowski@otterbourg.com

Kevin M Davis kdavis@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Justine Delaney jdelaney@weitzlux.com

Laura A. DuVall Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov

Frank Dylewski frank.dylewski@kellerpostman.com

Derek Wayne Edwards derek.edwards@wallerlaw.com, chris.cronk@wallerlaw.com, bk@wallerlaw.com;nancy.easterling@wallerlaw.com, tapdocketingclerk-nash@wallerlaw.com

Phillip Fajgenbaum phillipfajgenbaum@parkerpoe.com

Jennifer S. Feeney jfenney@otterbourg.com

Kiah T. Ford, IV chipford@parkerpoe.com

Joshua A. Gadharf jgadharf@mcdonaldhopkins.com

Emily Geier emily.geier@kirkland.com

Johnny Givens johnny@givens-law.com, jeanreid@givens-law.com

Brian A. Glasser bglasser@baileyglasser.com

Sasha M. Gurvitz sgurvitz@ktbslaw.com

Samuel P. Hershey shershey@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com

5

Michael W. Hile mhile@jacobsonhile.com, assistant@jacobsonhile.com

Jennifer M. Hoekstra jhoekstra@awkolaw.com

Jeffrey A. Hokanson jeff.hokanson@icemiller.com, bgnotices@icemiller.com, david.young@icemiller.com

David Horowitz dhorowitz@kirkland.com

Matthew Steven Hosen matthosen@quinnemanuel.com

Amanda Hunt amanda.hunt@kellerpostman.com

Derek Hunter derek.hunter@kirkland.com

Chad Husnick chusnick@kirkland.com

Shelley Van Natter Hutson shutson@triallawfirm.com

Jay Jaffe jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com

Ashley J. Jericho ajericho@mcdonaldhopkins.com

Ashley Keller ack@kellerpostman.com

Max Kelly mkelly@seegerweiss.com

Andrew T. Kight akight@jhklegal.com, assistant@jhklegal.com, akight@ecf.courtdrive.com

Jessica Lauria jessica.lauria@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com

Martha R. Lehman mlehman@smithamundsen.com, marthalehman87@gmail.com, ispells@salawus.com, lengle@salawus.com

Deborah K. Levy dlevy@junell-law.com

Matthew Evan Linder mlinder@whitecase.com

Elizabeth Marie Little elizabeth.little@faegredrinker.com, noticeFRindy@faegredrinker.com, anita.sery@faegredrinker.com, docketgeneral@faegredrinker.com, beth.olivere@faegredrinker.com

Kevin C. Maclay kmaclay@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Tristan Manthey tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Nir Maoz nmaoz@ktbslaw.com

Harmony A. Mappes harmony.mappes@faegredrinker.com, kristina.tinsley@faegrebd.com

Micah E. Marcus mmarcus@mcdonaldhopkins.com

Michael B. Martin mmartin@martinwaltonlaw.com

D. Todd Mathews tmathews@baileyglasser.com

Mark McKane mark.mckane@kirkland.com

Ronald J. Moore Ronald.Moore@usdoj.gov

William Michael Moreland MMoreland@triallawfirm.com

Joseph Scott Nabers snabers@naberslaw.com, kathy@naberslaw.com, mtorres@naberslaw.com

Cherie Nobles cnobles@fishmanhaygood.com, kfritscher@fishmanhaygood.com

Weston Erick Overturf wes@ofattorneys.com, deidre@ofattorneys.com, overturf.westonb115224@notify.bestcase.com

Thomas E. Pattersontpatterson@ktbslaw.com

Richard Paul, III Rick@PaulLLP.com, Kendra@PaulLLP.com

Robert J. Pfister rpfister@ktbslaw.com

Todd E. Phillips tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Mark P. Robinson, Jr.mrobinson@robinsonfirm.com

Brenton Rogers brogers@kirkland.com

Syed Ali Saeed ali@sllawfirm.com, betty@sllawfirm.com

Edward Sassower esassower@kirkland.com

Ashlea Schwarz ashlea@paulllp.com, Michaela@PaulLLP.com

Christopher A. Seeger cseeger@seegerweiss.com

Caleb Seeley cseeley@seegerweiss.com

David L. Selby, II dselby@baileyglasser.com

Adam C. Silverstein asilverstein@otterbourg.com, awilliams@otterbourg.com, JHildebrandt@otterbourg.com

Connor Skelly connor.skelly@icemiller.com

Renee D. Smith rdsmith@kirkland.com

Gregory Starner gstarner@whitecase.com

Claire Stephens claire.stephens@kirkland.com

Harrison Edward Strauss harrison.strauss@usdoj.gov

Rachel C. Strickland rstrickland@willkie.com

Ariella Thal Simonds asimonds@ktbslaw.com

Meredith R. Theisen mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com, mralph@rubin-levin.net, cgilly@rubin-levin.net

McClain Thompson mcclain.thompson@kirkland.com

Patricia B. Tomasco pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com, joannacaytas@quinnemanuel.com, ericwinston@quinnemanuel.com, matthosen@quinnemanuel.com, adamwolfson@quinnemanuel.com

Andrea Kochert Townsend atownsend@psrb.com, tjohnson@psrb.com

Sean Patrick Tracey stracey@traceylawfirm.com, 3M@traceylawfirm.com

Michael L. Tuchin mtuchin@ktbslaw.com

Anne Gilbert Walliceanne.wallice@kirkland.com

Nick Wasdin nick.wasdin@kirkland.com

James Wehner jwehner@capdale.com

Perry Weitz pweitz@weitzlux.com

Mark R. Wenzel Mwenzel@smithamundsen.com, ispells@salawus.com

Eric Winston ericwinston@quinnemanuel.com

Spencer Winters spencer.winters@kirkland.com

Justin G. Witkin jwitkin@awkolaw.com

Adam Wolfson adamwolfson@quinnemanuel.com

Robert C. Yan ryan@otterbourg.com

I further certify that on August 30, 2022, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None

By: /s/ Harrison E. Strauss
Harrison E. Strauss
Trial Attorney
Office of the United States Trustee
Birch Bayh Federal Bldg. and
United States Courthouse
46 E. Ohio St., Room 520
Indianapolis, IN 46204
Phone: (317) 226-6101
Fax: (317) 226-6356
Harrison.Strauss@usdoj.gov