IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>AEARO TECHNOLOGIES LLC, *et. al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-02890-JJG-11<br><br>(Jointly Administered) |

**NOTICE OF APPOINTMENT OF ADDITIONAL COMMITTEE –
TORT CLAIMANTS RELATED TO RESPIRATORS**

Nancy J. Gargula, United States Trustee, by Harrison E. Strauss, Trial Attorney, pursuant to 11 U.S.C. § 1102(a) hereby appoints the following members to the Additional Official Committee of Unsecured Creditors for Tort Claimants – Related to Use of Respirators ("Respirator Committee") in the above captioned cases:

1. Hoskins, Charlene, Administratrix of Estate of Ricky Hoskins
   c/o Curt D. Hochbein
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   317.759.5035
   curt.hochbein@mbcblaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief, filed contemporaneously herewith. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

2. Morgan, Josh
   c/o Martin Walton
   Mike Martin and Rhonda Harshbarger
   S. Friendswood Drive, Suite 107
   Houston, TX 77546-4580
   713-773-2035
   mmartin@martinwaltonlaw.com
   rhonda@martinwaltonlaw.com

3. Webb, Jeremy
   c/o Martin Walton
   Mike Martin and Rhonda Harshbarger
   S. Friendswood Drive, Suite 107
   Houston, TX 77546-4580
   713-773-2035
   mmartin@martinwaltonlaw.com
   rhonda@martinwaltonlaw.com

Additional members may be appointed to the Respirator Committee by the United States Trustee at a later date.

Respectfully submitted,

NANCY J. GARGULA,
UNITED STATES TRUSTEE

By: /s/ Harrison E. Strauss
Harrison E. Strauss
Trial Attorney
Office of the United States Trustee
Birch Bayh Federal Bldg. and
United States Courthouse
46 E. Ohio St., Room 520
Indianapolis, IN 46204
Phone: (317) 226-6101
Fax: (317) 226-6356
Harrison.Strauss@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David Agay dagay@mcdonaldhopkins.com

John Joseph Allman jallman@hbkfirm.com, dadams@hbkfirm.com

Michael Andolina mandolina@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com

Adam Arceneaux adam.arceneaux@icemiller.com, michelle.mosgrove@icemiller.com

Bryan F. Aylstock baylstock@awkolaw.com

Laura Elizabeth Baccash laura.baccash@whitecase.com

Kevin W. Barrett kbarrett@baileyglasser.com, jkittinger@baileyglasser.com

Ashley Barriere ashley.barriere@kellerpostman.com

Brent Barriere bbarriere@fishmanhaygood.com, kfritscher@fishmanhaygood.com dbush@fishmanhaygood.com

Nicole Berg ncb@kellerpostman.com

David Bernick david.bernick@kirkland.com

Karen Hope Beyea-Schroeder kschroeder@junell-law.com

John Bougiamas jbougiamas@otterbourg.com, mcyganowski@otterbourg.com, jfeeney@otterbourg.com, jhilderbrandt@otterbourg.com, asilverstein@otterbourg.com

Bobby Jene Bradford, Jr.bradfordservice@awkolaw.com

Kayla D. Britton kayla.britton@faegredrinker.com, noticeFRindy@faegrebd.com

David R. Buchanan dbuchanan@seegerweiss.com

Jason Walker Burge jburge@fishmanhaygood.com

Maggie B. Burrus mburrus@baileyglasser.com

Lisa Nathanson Busch lbusch@weitzlux.com

Deborah Caruso dcaruso@rubin-levin.net, dwright@rubin-levin.net,
cgilly@rubin-levin.net, atty_dcaruso@bluestylus.com

Joanna Diane Caytas joannacaytas@quinnemanuel.com

Clayton A Clark cclark@triallawfirm.com

Melanie Louise Cyganowski mcyganowski@otterbourg.com

Kevin M Davis kdavis@capdale.com, cecilia-guerrero-caplin-
6140@ecf.pacerpro.com

Justine Delaney jdelaney@weitzlux.com

Laura A. DuVall Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov

Frank Dylewski frank.dylewski@kellerpostman.com

Derek Wayne Edwards derek.edwards@wallerlaw.com,
chris.cronk@wallerlaw.com,
bk@wallerlaw.com;nancy.easterling@wallerlaw.com,
tapdocketingclerk-nash@wallerlaw.com

Phillip Fajgenbaum phillipfajgenbaum@parkerpoe.com

Jennifer S. Feeney jfenney@otterbourg.com

Kiah T. Ford, IV chipford@parkerpoe.com

Joshua A. Gadharf jgadharf@mcdonaldhopkins.com

Emily Geier emily.geier@kirkland.com

Johnny Givens johnny@givens-law.com, jeanreid@givens-law.com

Brian A. Glasser bglasser@baileyglasser.com

Sasha M. Gurvitz sgurvitz@ktbslaw.com

Samuel P. Hershey shershey@whitecase.com, jdisanti@whitecase.com,
mco@whitecase.com

Michael W. Hile mhile@jacobsonhile.com, assistant@jacobsonhile.com

Jennifer M. Hoekstra jhoekstra@awkolaw.com

Jeffrey A. Hokanson jeff.hokanson@icemiller.com, bgnotices@icemiller.com, david.young@icemiller.com

David Horowitz dhorowitz@kirkland.com

Matthew Steven Hosen matthosen@quinnemanuel.com

Amanda Hunt amanda.hunt@kellerpostman.com

Derek Hunter derek.hunter@kirkland.com

Chad Husnick chusnick@kirkland.com

Shelley Van Natter Hutson shutson@triallawfirm.com

Jay Jaffe jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com

Ashley J. Jericho ajericho@mcdonaldhopkins.com

Ashley Keller ack@kellerpostman.com

Max Kelly mkelly@seegerweiss.com

Andrew T. Kight akight@jhklegal.com, assistant@jhklegal.com, akight@ecf.courtdrive.com

Jessica Lauria jessica.lauria@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com

Martha R. Lehman mlehman@smithamundsen.com, marthalehman87@gmail.com, ispells@salawus.com, lengle@salawus.com

Deborah K. Levy dlevy@junell-law.com

Matthew Evan Linder mlinder@whitecase.com

Elizabeth Marie Little elizabeth.little@faegredrinker.com, noticeFRindy@faegredrinker.com, anita.sery@faegredrinker.com, docketgeneral@faegredrinker.com, beth.olivere@faegredrinker.com

Kevin C. Maclay kmaclay@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Tristan Manthey tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Nir Maoz nmaoz@ktbslaw.com

Harmony A. Mappes harmony.mappes@faegredrinker.com, kristina.tinsley@faegrebd.com

Micah E. Marcus mmarcus@mcdonaldhopkins.com

Michael B. Martin mmartin@martinwaltonlaw.com

D. Todd Mathews tmathews@baileyglasser.com

Mark McKane mark.mckane@kirkland.com

Ronald J. Moore Ronald.Moore@usdoj.gov

William Michael Moreland MMoreland@triallawfirm.com

Joseph Scott Nabers snabers@naberslaw.com, kathy@naberslaw.com, mtorres@naberslaw.com

Cherie Nobles cnobles@fishmanhaygood.com, kfritscher@fishmanhaygood.com

Weston Erick Overturf wes@ofattorneys.com, deidre@ofattorneys.com, overturf.westonb115224@notify.bestcase.com

Thomas E. Pattersontpatterson@ktbslaw.com

Richard Paul, III Rick@PaulLLP.com, Kendra@PaulLLP.com

Robert J. Pfister rpfister@ktbslaw.com

Todd E. Phillips tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Mark P. Robinson, Jr.mrobinson@robinsonfirm.com

Brenton Rogers brogers@kirkland.com

Syed Ali Saeed ali@sllawfirm.com, betty@sllawfirm.com

Edward Sassower esassower@kirkland.com

Ashlea Schwarz ashlea@paulllp.com, Michaela@PaulLLP.com

Christopher A. Seeger cseeger@seegerweiss.com

Caleb Seeley cseeley@seegerweiss.com

David L. Selby, II dselby@baileyglasser.com

Adam C. Silverstein asilverstein@otterbourg.com, awilliams@otterbourg.com, JHildebrandt@otterbourg.com

Connor Skelly connor.skelly@icemiller.com

Renee D. Smith rdsmith@kirkland.com

Gregory Starner gstarner@whitecase.com

Claire Stephens claire.stephens@kirkland.com

Harrison Edward Strauss harrison.strauss@usdoj.gov

Rachel C. Strickland rstrickland@willkie.com

Ariella Thal Simonds asimonds@ktbslaw.com

Meredith R. Theisen mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com, mralph@rubin-levin.net, cgilly@rubin-levin.net

McClain Thompson mcclain.thompson@kirkland.com

Patricia B. Tomasco pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com, joannacaytas@quinnemanuel.com, ericwinston@quinnemanuel.com, matthosen@quinnemanuel.com, adamwolfson@quinnemanuel.com

Andrea Kochert Townsend atownsend@psrb.com, tjohnson@psrb.com

Sean Patrick Tracey stracey@traceylawfirm.com, 3M@traceylawfirm.com

Michael L. Tuchin mtuchin@ktbslaw.com

Anne Gilbert Wallice anne.wallice@kirkland.com

Nick Wasdin nick.wasdin@kirkland.com

James Wehner jwehner@capdale.com

Perry Weitz pweitz@weitzlux.com

Mark R. Wenzel Mwenzel@smithamundsen.com, ispells@salawus.com

Eric Winston ericwinston@quinnemanuel.com

Spencer Winters spencer.winters@kirkland.com

Justin G. Witkin jwitkin@awkolaw.com

Adam Wolfson adamwolfson@quinnemanuel.com

Robert C. Yan ryan@otterbourg.com


     I further certify that on August 30, 2022, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

None


                      By: /s/ Harrison E. Strauss
                      Harrison E. Strauss