IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| AEARO TECHNOLOGIES LLC, et al.,[1] | Case No. 22-02890-11-JJG-11 |
| Debtors. | (Jointly Administered) |

## MOTION TO APPEAR *PRO HAC VICE*

Kevin D. McCullough of Rochelle McCullough LLP (the "Applicant") moves the Court for an order granting admission *pro hac vice* for the purpose of appearing as (proposed) bankruptcy counsel on behalf of the Additional Official Committee of Unsecured Creditors for Tort Claimants – Related to Use of Respirators ("Respirator Committee") in the above-styled cause only. In support of this motion, the Applicant states:

1. The court(s) in which I am admitted to practice and the date(s) of admission are as follows:

| Court(s) | Date(s) of Admission (month/year) |
|---|---|
| State of Texas | November 1993 |
| U.S. District Court for the Northern District of Texas | January 1994 |
| U.S. District Court for the Southern District of Texas | November 1995 |
| U.S. District Court for the Eastern District of Texas | November 1995 |
| U.S. District Court for the Western District of Texas | November 1997 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 7]. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

**Motion to Appear *Pro Hac Vice* – Kevin D. McCullough**                                                                 1

2. I am not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. Attached hereto as **Exhibit A** of this motion is an affidavit, as required by S.D. Ind. L.R. B-9010-2.

WHEREFORE, the Applicant requests this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Dated: August 30, 2022

Respectfully submitted by:

/s/ *Kevin D. McCullough*
Kevin D. McCullough (*Pro Hac Vice* pending)
Rochelle McCullough, LLP
325 North Saint Paul St., Suite 4500
Dallas, Texas 75201
Telephone: (214) 580-2525
Facsimile: (888) 467-5979
Email: kdm@romclaw.com

PROPOSED BANKRUPTCY COUNSEL FOR
THE RESPIRATOR COMMITTEE

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing Motion to Appear *Pro Hac Vice* was served via the Court's electronic noticing system on the 30th day of August, 2022.

 /s/ *Kevin D. McCullough*
Kevin D. McCullough