IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AEARO TECHNOLOGIES LLC, et al.,[1] | ) ) | Case No. 22-02890-11-JJG-11 |
| Debtors. | ) ) ) ) | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Michael R. Rochelle, Kevin D. McCullough and Shannon S. Thomas of Rochelle McCullough LLP, pursuant to section 1109(b) of the Bankruptcy Code, Bankruptcy Rule 9010(b) and pursuant to Rule B-9010-1 of the Local Rules of the United States Bankruptcy Code for the Southern District of Indiana, file this *Notice of Appearance and Request for Service of Papers* as proposed bankruptcy counsel on behalf of the Additional Official Committee of Unsecured Creditors for Tort Claimants – Related to Use of Respirators ("Respirator Committee"), and requests that all notices, pleadings, and other papers filed or served in this case be served upon the undersigned as follows:

| | |
|---|---|
| Michael R. Rochelle | Kevin D. McCullough |
| Rochelle McCullough, LLP | Rochelle McCullough, LLP |
| 325 North St. Paul Street, Suite 4500 | 325 North St. Paul Street, Suite 4500 |
| Dallas, Texas 75201 | Dallas, Texas 75201 |
| Telephone: (214) 580-2585 | Telephone: (214) 580-2580 |
| Facsimile: (214) 953-0185 | Facsimile: (214) 953-0185 |
| Email: buzz.rochelle@romclaw.com | Email: kdm@romclaw.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 7]. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268

**Notice of Appearance and Request for Service of Papers**                                                                                 1

>Shannon S. Thomas
>Rochelle McCullough, LLP
>325 North St. Paul Street, Suite 4500
>Dallas, Texas 75201
>Telephone: (214) 580-2585
>Facsimile: (214) 953-0185
>Email: sthomas@romclaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, all notices of any application, complaint, payment, demand, hearing, motion, order, pleading, or other request, formal or informal, whether transmitted or conveyed by mail, telephone, internet, or other medium.

>Respectfully submitted by:
>
>/s/ *Kevin D. McCullough*
>Michael R. Rochelle (*Pro Hac Vice* pending)
>Kevin D. McCullough (*Pro Hac Vice* pending)
>Shannon S. Thomas (*Pro Hac Vice* pending)
>Rochelle McCullough, LLP
>325 North Saint Paul St., Suite 4500
>Dallas, Texas 75201
>Telephone: (214) 580-2525
>Facsimile: (888) 467-5979
>Email: buzz.rochelle@romclaw.com
>Email: kdm@romclaw.com
>Email: sthomas@romclaw.com
>
>PROPOSED BANKRUPTCY COUNSEL FOR
>THE RESPIRATOR COMMITTEE

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing Notice of Appearance and Request for Service of Papers was served via the Court's electronic noticing system on the 30th day of August, 2022.

>/s/ *Kevin D. McCullough*
>Kevin D. McCullough