**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | ) | Case No. 22-02890-JJG-11 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF HEARING ON DEBTORS' MOTION TO LIFT THE**
**AUTOMATIC STAY TO PERMIT CERTAIN APPEALS TO PROCEED**

**PLEASE TAKE NOTICE** that on July 26, 2022 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division.

**PLEASE TAKE FURTHER NOTICE** that on August 31, 2022, the Debtors filed the *Debtors' Motion to Lift the Automatic Stay to Permit Certain Appeals to Proceed* [Docket No. 408] (the "Lift Stay Motion").

**NOTICE IS HEREBY GIVEN THAT, IF AN OBJECTION IS PROPERLY FILED, THEN A HEARING ON THE MOTION WILL BE HELD AS FOLLOWS**:

> Date:  September 14, 2022
>
> Time:  9:00 a.m. (prevailing Eastern Time)
>
> Judge:  Chief Judge Jeffrey J. Graham
>
> Location:  Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Courtroom 311, Indianapolis, Indiana 46204.

**PLEASE TAKE FURTHER NOTICE** that any objections, responses, pleadings, or other submissions related to the Lift Stay Motion shall be filed on or before **September 11, 2022, at 4:00 p.m., (prevailing Eastern Time)**.  Objections, responses, pleadings, or other submissions

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, entered by the Court for each consolidated Debtor [Docket Nos. 37–42].  The location of the Debtors' service address for the purposes of these chapter 11 cases is:   7911 Zionsville Road, Indianapolis, Indiana 46268.

may be filed electronically at www.insb.uscourts.gov, or delivered, in writing, to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, IN 46204.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to enter an order granting the Motion, or if you want the Court to consider your arguments on the Motion, then on or before **September 11, 2022, at 4:00 p.m., (prevailing Eastern Time)**, you or your attorney must file, electronically at www.insb.uscourts.gov, or delivered, in writing, to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, IN 46204. with the Court an objection explaining your position.

**PLEASE TAKE FURTHER NOTICE THAT ALL PERSONS ATTENDING THE HEARING IN PERSON MUST WEAR A MASK AT ALL TIMES UNLESS ADDRESSING THE COURT OR AS OTHERWISE PERMITTED BY CHIEF JUDGE GRAHAM.**

**PLEASE TAKE FURTHER NOTICE THAT** you may participate in the hearing via audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that interested parties may participate in the hearing via Zoom, using this link:

> https://www.zoomgov.com/j/16023126397.

**PLEASE TAKE FURTHER NOTICE** that parties that wish to listen to the hearing, but not actively participate, may do so by phone:

> Phone:  551-285-1373 or 646-828-7666

> Meeting ID:  160 2312 6397

**PLEASE TAKE FURTHER NOTICE that *your rights may be affected*.  You should read the applicable pleadings carefully and discuss them with your attorney, if you have one, in connection with the chapter 11 case.  (If you do not have an attorney, you may wish to consult with one.)**

**PLEASE TAKE FURTHER NOTICE** that, in connection with the chapter 11 cases, an *Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* (the "Case Management Order") [Docket No. 152] was entered on July 29, 2022, which, among other things, prescribes the manner in which objections must be served.  A copy of the Case Management Order may be obtained at no charge at https://restructuring.ra.kroll.com/aearotechnologies/ or for a fee via PACER at https://www. insb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Case Management Order, you must also serve a copy of your written objection on the Core Group, the 2002 List, and the Affected Entities, as such terms are defined in the Case Management Order, **as soon as possible and prior to the hearing on the Motion**.

**PLEASE TAKE FURTHER NOTICE** that you should consult the Case Management Order before filing any written objection to the Motion.


[*Remainder of page intentionally left blank*]

Indianapolis, Indiana
Dated:  August 31, 2022

/s/ Jeffrey A. Hokanson

**ICE MILLER LLP**
Jeffrey A. Hokanson (Ind. Atty. No. 14579-49)
Connor Skelly (Ind. Atty. No. 35365-06) (admitted *pro hac vice*)
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone:   (317) 236-2100
Facsimile:    (317) 236-2219
Email:         Jeff.Hokanson@icemiller.com
                   Connor.Skelly@icemiller.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Emily Geier (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
                   emily.geier@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Spencer A. Winters (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         chad.husnick@kirkland.com
                   spencer.winters@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 31, 2022, a copy of the Notice of Hearing on Debtors' Motion to Lift the Automatic Stay to Permit Certain Appeals to Proceed was filed electronically. Notice of this filing will be sent to all necessary parties via the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Dated:  August 31, 2022                 */s/ Jeffrey A. Hokanson*
                                        Jeffrey A. Hokanson