SO ORDERED: September 2, 2022.



Jeffrey J. Graham
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | ) | Case No. 22-02890-JJG-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING DEBTORS' MOTION (I) FOR AN EXPEDITED
HEARING ON THE MEDIATION MOTION AND (II) GRANTING RELATED RELIEF**

Upon the *Debtors' Motion (I) for an Expedited Hearing on the Mediation Motion and (II) Granting Related Relief* [Docket No. 421] (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order (this "Order") for an expedited hearing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, filed contemporaneously herewith. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

on the Mediation Motion, all as more fully set forth in this Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Standing Order of Reference from the United States District Court for the Southern District of Indiana, dated July 11, 1984; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Debtors shall serve this Order in accordance with Local Rule B-9006-1(d) and certify such service in accordance with Local Rule B-9006-(1)(e).

3. A hearing on the Mediation Motion will be held via Zoom before the Honorable Chief Judge Jeffrey J. Graham on **September 7, 2022 at 1:30 p.m. (Prevailing Eastern Time)**. Parties may participate in the Hearing via Zoom, using the following link: https://www.zoomgov.com/j/16023126397.  Parties that wish to listen, but not actively participate,

may do so by phone:  Phone: 551−285−1373 or 646−828−7666; Meeting ID:  160 2312 6397.

4. Any objections to the Mediation Motion must be in writing and filed with the Clerk's Office and served, via the Court's ECF system, on the Debtors at or before **September 6, 2022, at 4:00 p.m. (Prevailing Eastern Time)**.

###