IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | ) Case No. 22-02890-JJG-11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF HEARING ON
DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) APPOINTING THE HONORABLE JAMES M. CARR AND RANDI
S. ELLIS AS CO-MEDIATORS, (II) AUTHORIZING THE DEBTORS TO
PARTICIPATE IN THE MEDIATION, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 26, 2022 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division.

**PLEASE TAKE FURTHER NOTICE** that on September 2, 2022, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Appointing the Honorable James M. Carr and Randi S. Ellis as Co-Mediators, (II) Authorizing the Debtors to Participate in the Mediation, and (III) Granting Related Relief* [Docket No. 420] (the "Mediation Motion").

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THE MOTION WILL BE HELD AS FOLLOWS**:

Date: September 7, 2022

Time: 1:30 p.m. (prevailing Eastern Time)

Judge: Chief Judge Jeffrey J. Graham

Location: Zoom information below.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, entered by the Court for each consolidated Debtor [Docket Nos. 37–42]. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

**PLEASE TAKE FURTHER NOTICE** that any objections, responses, pleadings, or other submissions related to the Mediation Motion shall be filed on or before **September 6, 2022, at 4:00 p.m., (prevailing Eastern Time)**. Objections, responses, pleadings, or other submissions may be filed electronically at www.insb.uscourts.gov, or delivered, in writing, to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, IN 46204.

**PLEASE TAKE FURTHER NOTICE THAT** you may participate in the hearing via audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that interested parties may participate in the hearing via Zoom, using this link:

https://www.zoomgov.com/j/16023126397.

**PLEASE TAKE FURTHER NOTICE** that parties that wish to listen to the hearing, but not actively participate, may do so by phone:

Phone:  551-285-1373 or 646-828-7666

Meeting ID:  160 2312 6397

**PLEASE TAKE FURTHER NOTICE that *your rights may be affected*. You should read the applicable pleadings carefully and discuss them with your attorney, if you have one, in connection with the chapter 11 case. (If you do not have an attorney, you may wish to consult with one.)**

**PLEASE TAKE FURTHER NOTICE** that, in connection with the chapter 11 cases, an *Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* (the "Case Management Order") [Docket No. 152] was entered on July 29, 2022, which, among other things, prescribes the manner in which objections must be served. A copy of the Case Management Order may be obtained at no charge at https://restructuring.ra.kroll.com/aearotechnologies/ or for a fee via PACER at https://www.insb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Case Management Order, you must also serve a copy of your written objection on the Core Group, the 2002 List, and the Affected Entities, as such terms are defined in the Case Management Order, **as soon as possible and prior to the hearing on the Motion**.

**PLEASE TAKE FURTHER NOTICE** that you should consult the Case Management Order before filing any written objection to the Motion.

[*Remainder of page intentionally left blank*]

Indianapolis, Indiana
Dated:  September 2, 2022

/s/ Jeffrey A. Hokanson
**ICE MILLER LLP**
Jeffrey A. Hokanson (Ind. Atty. No. 14579-49)
Connor Skelly (Ind. Atty. No. 35365-06) (admitted *pro hac vice*)
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone:  (317) 236-2100
Facsimile:   (317) 236-2219
Email:         Jeff.Hokanson@icemiller.com
                    Connor.Skelly@icemiller.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Emily Geier (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
Email:         edward.sassower@kirkland.com
                    emily.geier@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Spencer A. Winters (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200
Email:         chad.husnick@kirkland.com
                    spencer.winters@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2022, a copy of the *Notice of Hearing on Debtors' Motion for Entry of an Order (I) Appointing the Honorable James M. Carr and Randi S. Ellis as Co-Mediators, (II) Authorizing the Debtors to Participate in the Mediation, and (III) Granting Related Relief* was filed electronically. Notice of this filing will be sent to all necessary parties via the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Dated: September 2, 2022

/s/ *Jeffrey A. Hokanson*
Jeffrey A. Hokanson