**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | Case No. 22-02890-JJG-11 |
| Debtors. | Jointly Administered |

**MOTION OF THE OFFICIAL CAE COMMITTEE FOR RECONSIDERATION OF AND RELIEF FROM THE ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED HEARING AND/OR SHORTENED NOTICE**

The Official Committee of Unsecured Creditors for Tort Claimants – Related to Use of Combat Arms Version 2 Earplugs (the "CAE Committee")[2] moves for reconsideration of and relief from the Order granting the Debtors' *Motion for Expedited Hearing and/or Shortened Notice Time* [Dkt. No. 467] (the "Motion for Expedited Relief") [Dkt. No. 467] with respect to its *Motion for Authority the Debtors' Motion for Entry of an Order (I) Appointing the Honorable James M. Carr and Randi S. Ellis as Co-Mediators to Mediate the Chapter 11 Plan and Confirmation Related Matters, (II) Referring Such Matters to Mediation, (III) Directing the Mediation Parties to Participate in the Mediation, and (IV) Granting Related Relief*, filed by Jeffrey A Hokanson on behalf of Debtor Aearo Technologies LLC (the "Mediation Motion") [Dkt. No. 465].

1. As discussed during yesterday's hearing, all parties seem to have an interest in negotiating a global resolution, and the Court was encouraged by that. But a global resolution of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Bankr. Docket No. 7]. The location of the Debtors' service address for the purposes of these chapter 11 cases is 7911 Zionsville Road, Indianapolis, Indiana 46268.

[2] On August 30, 2022, the Office of the United States Trustee appointed the CAE Committee [D.I. 393].

7127140.2

all claims by all claimants – asserted against 3M Company and, at least in name, the Debtors – will not come overnight, and there is no need to scramble over the next few days to arrange such a mediation, let alone respond to the Debtors' unilateral motion that one be ordered.

2.  There is a mediation about to get underway in the MDL, and that mediation will cover the wide majority of creditor claims in these cases – those Combat Arms Earplug claims asserted in the MDL. The essential parties to that mediation – the MDL plaintiffs and 3M (the party, if not fully responsible previously, fully responsible now under the Funding Agreement, to pay those claims) – will be present. The Debtors are also invited to attend.

3.  It would behoove all parties in these cases to allow and encourage the principal creditor body in these cases to attempt to make settlement progress with the Debtors' funder, and tortfeasor in its own right, 3M. Without such progress, there cannot be a global resolution, in all events, and commencing two mediations at the same time – one in the MDL and one in these cases – is counterproductive, to say the least.

4.  Accordingly, the Committee requests that the Motion for Expedited Relief be denied and the Mediation Motion be scheduled, on regular notice, for the next omnibus hearing scheduled in these cases.

[The remainder of this page is intentionally left blank.]

Dated: September 8, 2022
      Indianapolis, Indiana

**RUBIN & LEVIN, P.C.**

By: */s/ Meredith R. Theisen*
    Deborah J. Caruso
    (dcaruso@rubin-levin.net)
    Meredith R. Theisen
    (mtheisen@rubin-levin.net)
    135 N. Pennsylvania St., Suite 1400
    Indianapolis, Indiana 46204
    Telephone:  (317) 634-0300
    Facsimile:  (317) 263-9411

*Proposed Indiana Counsel for the CAE Committee*

| | |
|---|---|
| **KTBS LAW LLP**<br>Michael L. Tuchin (*pro hac vice*)<br>Robert J. Pfister<br>Sasha M. Gurvitz (*pro hac vice*)<br>Nir Maoz (*pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br>Telephone:  (310) 407-4000<br>Facsimile:  (310) 407-9090<br><br>*Proposed Co-Lead Counsel*<br>*for the CAE Committee* | **OTTERBOURG P.C.**<br>Melanie L. Cyganowski (*pro hac vice*)<br>Adam C. Silverstein (*pro hac vice*)<br>Jennifer S. Feeney (*pro hac vice*)<br>John Bougiamas (*pro hac vice*)<br>Robert C. Yan (*pro hac vice*)<br>230 Park Avenue<br>New York, New York 10169<br>Telephone:  (212) 661-9100<br>Facsimile:  (212) 682-6104<br><br>*Proposed Co-Lead Counsel*<br>*for the CAE Committee* |
| **BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone:  (212) 209-4800<br>Facsimile:  (212) 209-4801<br><br><br><br><br><br>*Proposed Special Litigation Counsel for*<br>*the CAE Committee* | **CAPLIN & DRYSDALE, CHARTERED**<br>Kevin C. Maclay (*pro hac vice*)<br>Todd E. Phillips (*pro hac vice*)<br>Kevin M. Davis (*pro hac vice*)<br>One Thomas Circle, NW, Suite 1100<br>Washington, District of Columbia 20005<br>Telephone:  (202) 862-5000<br>Facsimile:  (202) 429-3301<br><br>*Proposed Special Mass Tort and Negotiation*<br>*Counsel for the CAE Committee* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022 a copy of the foregoing *Motion of the Official CAE Committee for Reconsideration of and Relief from the Order Granting Debtors' Motion for Expedited Hearing and/or Shortened Notice* was filed electronically. Notice of this filing will be sent to parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David Agay   dagay@mcdonaldhopkins.com
John Joseph Allman   jallman@hbkfirm.com, dadams@hbkfirm.com
Michael Andolina   mandolina@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com
Adam Arceneaux   adam.arceneaux@icemiller.com, michelle.mosgrove@icemiller.com
Bryan F. Aylstock   baylstock@awkolaw.com
Laura Elizabeth Baccash   laura.baccash@whitecase.com
Kevin W Barrett   kbarrett@baileyglasser.com, jkittinger@baileyglasser.com
Ashley Barriere   ashley.barriere@kellerpostman.com
Brent Barriere   bbarriere@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com
Nicole Berg   ncb@kellerpostman.com
David Bernick   david.bernick@kirkland.com
Karen Hope Beyea-Schroeder   kschroeder@junell-law.com
John Bougiamas   jbougiamas@otterbourg.com, mcyganowski@otterbourg.com;jfeeney@otterbourg.com;jhilderbrandt@otterbourg.com;asilverstein@otterbourg.com
Bobby Jene Bradford, Jr.   bradfordservice@awkolaw.com
Kayla D. Britton   kayla.britton@faegredrinker.com, noticeFRindy@faegrebd.com
David R. Buchanan   dbuchanan@seegerweiss.com
Jason Walker Burge   jburge@fishmanhaygood.com
Maggie B. Burrus   mburrus@baileyglasser.com
Lisa Nathanson Busch   lbusch@weitzlux.com
Deborah Caruso   dcaruso@rubin-levin.net, dwright@rubin-levin.net;cgilly@rubin-levin.net;atty_dcaruso@bluestylus.com
Cathrine M Castaldi   ccastaldi@brownrudnick.com
Joanna Diane Caytas   joannacaytas@quinnemanuel.com
Clayton A Clark   cclark@triallawfirm.com
Melanie Louise Cyganowski   mcyganowski@otterbourg.com
Kevin M Davis   kdavis@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
Justine Delaney   jdelaney@weitzlux.com
Laura A DuVall   Laura.Duvall@usdoj.gov, Catherine.henderson@usdoj.gov
Frank Dylewski   frank.dylewski@kellerpostman.com
Derek Wayne Edwards   derek.edwards@wallerlaw.com, chris.cronk@wallerlaw.com;bk@wallerlaw.com;nancy.easterling@wallerlaw.com;tapdocketingclerk-nash@wallerlaw.com
Phillip Fajgenbaum   phillipfajgenbaum@parkerpoe.com
Jennifer S. Feeney   jfenney@otterbourg.com, mmaizel@otterbourg.com
Kiah T Ford   chipford@parkerpoe.com
Joshua A. Gadharf   jgadharf@mcdonaldhopkins.com

Emily Geier     emily.geier@kirkland.com
Johnny Givens     johnny@givens-law.com, jeanreid@givens-law.com
Brian A Glasser     bglasser@baileyglasser.com
Eric Goodman     egoodman@brownrudnick.com
Sasha M. Gurvitz     sgurvitz@ktbslaw.com
Samuel P Hershey     shershey@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com
Michael W. Hile     mhile@jacobsonhile.com, assistant@jacobsonhile.com
Jennifer M. Hoekstra     jhoekstra@awkolaw.com
Jeffrey A Hokanson     jeff.hokanson@icemiller.com, bgnotices@icemiller.com,david.young@icemiller.com
David Horowitz     dhorowitz@kirkland.com
Matthew Steven Hosen     matthosen@quinnemanuel.com
Amanda Hunt     amanda.hunt@kellerpostman.com
Derek Hunter     derek.hunter@kirkland.com
Chad Husnick     chusnick@kirkland.com
Shelley Van Natter Hutson     shutson@triallawfirm.com
Jay Jaffe     jay.jaffe@faegredrinker.com, noticeFRindy@faegrebd.com
Ashley J. Jericho     ajericho@mcdonaldhopkins.com
Jeffrey L. Jonas     jjonas@brownrudnick.com
Ashley Keller     ack@kellerpostman.com
Max Kelly     mkelly@seegerweiss.com
Andrew T Kight     akight@jhklegal.com, assistant@jhklegal.com;akight@ecf.courtdrive.com
Jessica Lauria     jessica.lauria@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com
Martha R. Lehman     mlehman@smithamundsen.com, marthalehman87@gmail.com;ispells@salawus.com;lengle@salawus.com
Deborah K. Levy     dlevy@junell-law.com
Matthew Evan Linder     mlinder@whitecase.com
Elizabeth Marie Little     elizabeth.little@faegredrinker.com, noticeFRindy@faegredrinker.com;anita.sery@faegredrinker.com;docketgeneral@faegredrinker.com;beth.olivere@faegredrinker.com
Kevin C Maclay     kmaclay@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
Tristan Manthey     tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com
Nir Maoz     nmaoz@ktbslaw.com
Harmony A Mappes     harmony.mappes@faegredrinker.com, kristina.tinsley@faegrebd.com
Micah E. Marcus     mmarcus@mcdonaldhopkins.com
Michael B. Martin     mmartin@martinwaltonlaw.com
D. Todd Mathews     tmathews@baileyglasser.com
Kevin Dale McCullough     kdm@romclaw.com, emoon@romclaw.com
Mark McKane     mark.mckane@kirkland.com
David Molton     dmolton@brownrudnick.com, hcohen@brownrudnick.com
Ronald J. Moore     Ronald.Moore@usdoj.gov
William Michael Moreland     MMoreland@triallawfirm.com
Joseph Scott Nabers     snabers@naberslaw.com, kathy@naberslaw.com;mtorres@naberslaw.com
Cherie Nobles     cnobles@fishmanhaygood.com, kfritscher@fishmanhaygood.com

Weston Erick Overturf     wes@ofattorneys.com, deidre@ofattorneys.com;overturf.westonb115224@notify.bestcase.com
Thomas E Patterson     tpatterson@ktbslaw.com
Richard Paul     Rick@PaulLLP.com, Kendra@PaulLLP.com
Robert J Pfister     rpfister@ktbslaw.com
Todd E. Phillips     tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
Mark P. Robinson     mrobinson@robinsonfirm.com
Michael Richard Rochelle     buzz.rochelle@romclaw.com
Brenton Rogers     brogers@kirkland.com
Syed Ali Saeed     ali@sllawfirm.com, betty@sllawfirm.com
Edward Sassower     esassower@kirkland.com
Ashlea Schwarz     ashlea@paulllp.com, Michaela@PaulLLP.com
Christopher A. Seeger     cseeger@seegerweiss.com
Caleb Seeley     cseeley@seegerweiss.com
David L. Selby     dselby@baileyglasser.com
Adam C. Silverstein     asilverstein@otterbourg.com, awilliams@otterbourg.com;JHildebrandt@otterbourg.com
Connor Skelly     connor.skelly@icemiller.com
Renee D. Smith     rdsmith@kirkland.com
Gregory Starner     gstarner@whitecase.com
Claire Stephens     claire.stephens@kirkland.com
Harrison Edward Strauss     harrison.strauss@usdoj.gov
Rachel C. Strickland     rstrickland@willkie.com
Ariella Thal Simonds     asimonds@ktbslaw.com
Meredith R. Theisen     mtheisen@rubin-levin.net, atty_mtheisen@bluestylus.com;mralph@rubin-levin.net;cgilly@rubin-levin.net
Shannon Thomas     sthomas@romclaw.com
McClain Thompson     mcclain.thompson@kirkland.com
Patricia B. Tomasco     pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;joannacaytas@quinnemanuel.com;ericwinston@quinnemanuel.com;matthosen@quinnemanuel.com;adamwolfson@quinnemanuel.com
Andrea Kochert Townsend     atownsend@psrb.com, tjohnson@psrb.com
Sean Patrick Tracey     stracey@traceylawfirm.com, 3M@traceylawfirm.com
Michael L. Tuchin     mtuchin@ktbslaw.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Anne Gilbert Wallice     anne.wallice@kirkland.com
Nick Wasdin     nick.wasdin@kirkland.com
James Wehner     jwehner@capdale.com
Perry Weitz     pw@weitzlux.com
Mark R. Wenzel     Mwenzel@smithamundsen.com, ispells@salawus.com
Eric Winston     ericwinston@quinnemanuel.com
Spencer Winters     spencer.winters@kirkland.com
Justin G. Witkin     jwitkin@awkolaw.com
Adam Wolfson     adamwolfson@quinnemanuel.com
Robert C Yan     ryan@otterbourg.com

I further certify that on September 8, 2022, a copy of the foregoing *Motion of the Official CAE Committee for Reconsideration of and Relief from the Order Granting Debtors' Motion for Expedited Hearing and/or Shortened Notice* was either mailed by first-class U.S. Mail, postage prepaid, or electronic mail as indicated and properly addressed to the following:

None.

                                                               */s/ Meredith R. Theisen*
                                                               Meredith R. Theisen