**SO ORDERED: September 8, 2022.**



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

S009024 (rev 02/2017)

In re:

**Aearo Technologies LLC**,
Debtor.

Case No. **22–02890–JJG–11**
JOINTLY ADMINISTERED

## ORDER FOR RELIEF FROM JUDGMENT

A Motion for Relief from Judgment/Order Pursuant to Fed.R.Bankr.P. 9024 was filed on September 8, 2022, by Creditor Committee Tort Claimants – CAE Committee.

**IT IS ORDERED** that relief is **GRANTED** from the following order:

| | |
|---|---|
| Document: | Order on Motion for Expedited Hearing and/or Shortened Notice Time |
| File Date: | September 8, 2022 |
| Document Number: | 469 |

The Clerk's Office will distribute this order.

###