IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | ) ) ) | Case No. 22-02890-JJG-11 |
| Debtors. | ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On September 13, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Core/2002 Service List attached hereto as **Exhibit A**; on the Banks Service List attached hereto as **Exhibit B**; on the Insurance Service List attached hereto as **Exhibit C**; on the Law Firm Service List attached hereto as **Exhibit D**; and on the Tax Service List attached hereto as **Exhibit E**:

- Agenda for Hearing on Debtors' (I) Motion to Lift the Automatic Stay, (II) Certain First Day Motions, and (III) Certain Motions Regarding Retention and Compensation Matters on September 14, 2022, at 9:00 a.m. (ET) [Docket No. 509]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, filed contemporaneously herewith. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

Dated: September 16, 2022

                                                                                  */s/ Nathan Chien*
                                                                                   Nathan Chien

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 16, 2022, by Nathan Chien, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 64040

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ | ATTN: MUHAMMED S AZIZ<br>800 COMMERCE STREET<br>HOUSTON TX 77055 | jdean@abrahamwatkins.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | ATTN: BRYAN F. AYLSTOCK, JENNIFER M. HOEKSTRA, DOUGLASS ALAN KREIS, BOBBY J. BRADFORD, JUSTIN G. WITKIN<br>17 EAST MAIN STREET<br>SUITE 200<br>PENSACOLA FL 32502 | baylstock@awkolaw.com<br>jhoekstra@awkolaw.com<br>dkreis@awkolaw.com<br>bbradford@awkolaw.com<br>bradforservice@awkolaw.com<br>jwitkin@awkolaw.com |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS; AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: BRIAN A. GLASSER<br>1055 THOMAS JEFFERSON STREET NW<br>SUITE 540<br>WASHINGTON DC 20007 | bglasser@baileyglasser.com |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS; AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: D. TODD MATHEWS<br>1337 PARK PLAZA DRIVE<br>SUITE 2<br>O'FALLON IL 62269 | tmathews@baileyglasser.com |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS; AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: DAVID L. SELBY II<br>3000 RIVERCHASE GALLERIA<br>SUITE 905<br>BIRMINGHAM AL 35244 | dselby@baileyglasser.com |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS; AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: MAGGIE B. BURRUS, KEVIN W. BARRETT<br>209 CAPITOL STREET<br>CHARLESTON WV 25301 | mburrus@baileyglasser.com<br>kbarrett@baileyglasser.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | BAILEY COWAN HECKAMAN PLLC | ATTN: KENNETH CAMP BAILEY, ROBERT W. COWAN<br>1360 POST OAK BOULEVARD<br>SUITE 2300<br>HOUSTON TX 77056 | bailey-svc@bpblaw.com<br>rcowan@bchlaw.com |
| COUNSEL TO CORY WATSON, P.C., THE GORI LAW FIRM, P.C. AND HENINGER GARRISON DAVIS, LLC (ON BEHALF OF CERTAIN CLIENTS); PROPOSED SPECIAL MASS TORT AND NEGOTIATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS - RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | CAPLIN & DRYSDALE, CHARTERED | ATTN: KEVIN C. MACLAY, TODD E. PHILLIPS, KEVIN M. DAVIS<br>ONE THOMAS CIRCLE, NW<br>SUITE 1100<br>WASHINGTON DC 20005 | kmaclay@capdale.com<br>tphillips@capdale.com<br>kdavis@capdale.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | CLARK, LOVE & HUTSON, PLLC | ATTN: CLAYTON A. CLARK, SHELLEY HUTSON & MICHAEL MORELAND<br>440 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON TX 77002 | cclark@triallawfirm.com<br>bgreif@triallawfirm.com<br>mmoreland@triallawfirm.com<br>shutson@triallawfirm.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | DANZIGER & DE LLANO, LLP | ATTN: RODRIGO DE LLANO<br>440 LOUISIANA STREET<br>SUITE 1212<br>HOUSTON TX 77002 | filings@dandell.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | DOUGLAS & LONDON, P.C. | ATTN: MICHAEL A LONDON & VIRGINIA E ANELLO<br>59 MAIDEN LANE<br>6TH FLOOR<br>NEW YORK NY 10038 | mlondon@douglasandlondon.com<br>vanello@douglasandlondon.com |
| COUNSEL TO 3M COMPANY | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: HARMONY A. MAPPES<br>300 NORTH MERIDIAN STREET, SUITE 2500<br>INDIANAPOLIS IN 46204 | harmony.mappes@faegredrinker.com |
| COUNSEL TO 3M COMPANY | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: JAY JAFFE, KAYLA D. BRITTON & ELIZABETH M. LITTLE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS IN 46240 | jay.jaffe@faegredrinker.com<br>kayla.britton@faegredrinker.com<br>elizabeth.little@faegredrinker.com |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO CLARK, LOVE & HUTSON, PLLC | FISHMAN HAYGOOD, L.L.P. | ATTN: TRISTAN MANTHEY, BRENT B. BARRIERE, CHERIE D. NOBLES, JASON W. BURGE<br>201 ST. CHARLES AVENUE<br>46TH FLOOR<br>NEW ORLEANS LA 70170-4600 | tmanthey@fishmanhaygood.com<br>bbarriere@fishmanhaygood.com<br>cnobles@fishmanhaygood.com<br>jburge@fishmanhaygood.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | HENINGER GARRISON DAVIS, LLC | ATTN: WILLIAM LEWIS GARRISON, JR., TAYLOR CHRISTOPHER BARTLETT, & CHRISTOPHER BOYCE HOOD<br>2224 1ST AVENUE NORTH<br>BIRMINGHAM AL 35203 | lewis@hgdlawfirm.com<br>taylor@hgdlawfirm.com<br>chood@hgdlawfirm.com |
| COUNSEL TO PLOTKIN, VINCENT & JAFFE, LLC, KENEALY & JACOBI, PLLC AND JOHN HUNT MORGAN, PSC | HESTER BAKER KREBS LLC | ATTN: JOHN J. ALLMAN<br>ONE INDIANA SQUARE, SUITE 1330<br>211 N. PENNSYLVANIA STREET<br>INDIANAPOLIS IN 46204 | jallman@hbkfirm.com |
| COUNSEL TO DEBTORS | ICE MILLER LLP | ATTN: JEFFREY A. HOKANSON, JOHN C. CANNIZZARO, CONNOR SKELLY, ADAM ARCENEAUX<br>ONE AMERICAN SQUARE<br>SUITE 2900<br>INDIANAPOLIS IN 46282-0200 | jeff.hokanson@icemiller.com<br>john.cannizzaro@icemiller.com<br>connor.skelly@icemiller.com<br>adam.arceneaux@icemiller.com |
| INDIANA STATE TREASURY | INDIANA STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>200 W. WASHINGTON STREET<br>SUITE 242<br>INDIANAPOLIS IN 46204 | tosstaff@tos.in.gov |
| COUNSEL TO WEITZ & LUXENBERG, PC | JACOBSON HILE KIGHT LLC | ATTN: ANDREW T. KIGHT, MICHAEL W. HILE<br>THE ELLIOTT HOUSE<br>108 E. 9TH STREET<br>INDIANAPOLIS IN 46202 | akight@jhklegal.com<br>mhile@jhklegal.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | JUNELL & ASSOCIATES, PLLC | ATTN: DEBORAH KAY LEVY, KAREN H. BEYEA-SCHROEDER<br>3737 BUFFALO SPEEDWAY<br>SUITE 1850<br>HOUSTON TX 77098 | dlevy@junell-law.com<br>kschroeder@junell-law.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | KELLER POSTMAN LLC | ATTN: ASHLEY CONRAD KELLER, NICOLE CORINNE BERG, ASHLEY BARRIERE, HANNAH RUTH ROBERTS, & MITALI R VYAS<br>150 NORTH RIVERSIDE PLAZA<br>SUITE 4100<br>CHICAGO IL 60606 | ack@kellerpostman.com<br>ncb@kellerpostman.com<br>ashley.barriere@kellerpostman.com<br>hrr@kellerpostman.com<br>mv@kellerlenkner.com |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: CHAD J. HUSNICK, SPENCER A. WINTERS<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654 | chad.husnick@kirkland.com<br>spencer.winters@kirkland.com |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: EDWARD O. SASSOWER, EMILY GEIER<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | edward.sassower@kirkland.com<br>emily.geier@kirkland.com |
| CLAIMS AND NOTICING AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: HERB BAER<br>55 EAST 52ND STREET 17 FL<br>NEW YORK NY 10055 | projectcraneteam@ra.kroll.com<br>serviceqa@ra.kroll.com |
| COUNSEL TO AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC, LEAD COUNSEL FOR THE PLAINTIFF STEERING COMMITTEE IN THE MULTIDISTRICT LITIGATION; PROPOSED CO-LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS – RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | KTBS LAW LLP | ATTN: ROBERT J. PFISTER, MICHAEL L. TUCHIN, THOMAS E. PATTERSON, SASHA M. GURVITZ, NIR MAOZ, ARIELLA T. SIMONDS<br>1801 CENTURY PARK EAST, 26TH FLOOR<br>LOS ANGELES CA 90067 | rpfister@ktbslaw.com<br>mtuchin@ktbslaw.com<br>tpatterson@ktbslaw.com<br>sgurvitz@ktbslaw.com<br>nmaoz@ktbslaw.com<br>asimonds@ktbslaw.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | MARTIN WALTON LAW FIRM | ATTN: MIKE MARTIN & GAGE WALTON<br>699 S. FRIENDSWOOD DRIVE<br>SUITE 107<br>HOUSTON TX 77546 | mmartin@martinwaltonlaw.com |
| CONFLICTS COUNSEL TO THE DEBTORS | MCDONALD HOPKINS LLC | ATTN: DAVID A. AGAY, JOSHUA GADHARF AND MICAH MARCUS<br>300 NORTH LASALLE STREET<br>SUITE 1400<br>CHICAGO IL 60654 | dagay@mcdonaldhopkins.com<br>mmarcus@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| CONFLICTS COUNSEL TO THE DEBTORS | MCDONALD HOPKINS LLC | ATTN: JOSHUA GADHARF, ASHLEY JERICHO<br>39533 WOODWARD AVENUE SUITE 318<br>BLOOMFIELD HILLS MI 48304 | jgadharf@mcdonaldhopkins.com<br>ajericho@mcdonaldhopkins.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | MORGAN & MORGAN | ATTN: PAUL J PENNOCK & JONATHAN M SEDGH<br>850 3RD AVENUE<br>SUITE 402<br>BROOKLYN NY 11232 | ppennock@forthepeople.com<br>jsedgh@forthepeople.com<br>palbanis@forthepeople.com<br>mgarcia@forthepeople.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | NABERS LAW FIRM, PLLC | ATTN: J. SCOTT NABERS & KATERINA DIMITRAKAKOS<br>3737 BUFFALO SPEEDWAY<br>SUITE 1850<br>HOUSTON TX 77098 | snabers@naberslaw.com<br>kathy@naberslaw.com |
| STATE ATTORNEY GENERAL | OFFICE OF THE SOUTH CAROLINA ATTORNEY GENERAL | ATTN: JARED Q. LIBET, REBECCA M. HARTNER<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | jlibet@scag.gov<br>rhartner@scag.gov |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF INDIANA | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HARRISON E. STRAUSS, LAURA A. DUVALL, RONALD J. MOORE<br>BIRCH BAYH FEDERAL BUILDING, UNITED STATES COURTHOUSE<br>46 E. OHIO STREET, SUITE 520<br>INDIANAPOLIS IN 46204 | ustpregion10.in.ecf@usdoj.gov<br>harrison.strauss@usdoj.gov<br>laura.duvall@usdoj.gov<br>ronald.moore@usdoj.gov |
| PROPOSED CO-LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS - RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | OTTERBOURG P.C. | ATTN: ROBERT C. YAN, JOHN BOUGIAMAS, JENNIFER S. FEENEY, ADAM C. SILVERSTEIN, MELANIE L. CYGANOWSKI<br>230 PARK AVENUE<br>NEW YORK NY 10169 | ryan@otterbourg.com<br>jbougiamas@otterbourg.com<br>jfeeney@otterbourg.com<br>asilverstein@otterbourg.com<br>mcyganowski@otterbourg.com |
| COUNSEL TO SOLIMIDE FOAMS, DIVISION OF BOYD CORPORATION | OVERTURF FOWLER LLP | ATTN: WESTON E. OVERTURF<br>9102 N. MERIDIAN ST.<br>SUITE 555<br>INDIANAPOLIS IN 46260 | wes@ofattorneys.com |
| COUNSEL TO PARAFINCZUK WOLF, P.A. | PARKER POE ADAMS & BERNSTEIN LLP | ATTN: KIAH T. FORD IV, PHILLIP M. FAJGENBAUM<br>620 SOUTH TRYON STREET<br>SUITE 800<br>CHARLOTTE NC 28202 | chipford@parkerpoe.com<br>phillipfajgenbaum@parkerpoe.com |
| COUNSEL TO PAUL LLP | PAUL LLP | ATTN: RICHARD M. PAUL III, ASHLEA G. SCHWARZ<br>601 WALNUT STREET<br>SUITE 300<br>KANSAS CITY MO 64106 | rick@paulllp.com<br>ashlea@paulllp.com |
| COUNSEL TO CAPITAL MACHINERY SYSTEMS, INC. | PLEWS SHADLEY RACHER & BRAUN LLP | ATTN: ANDREA K. TOWNSEND<br>1346 NORTH DELAWARE STREET<br>INDIANAPOLIS IN 46202-2415 | atownsend@psrb.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | PULASKI LAW FIRM, PLLC | ATTN: KATHERINE LINDSEY CORNELL, BRET D STANLEY, & STEVE FARIES<br>2925 RICHMOND AVENUE<br>SUITE 1725<br>HOUSTON TX 77098 | kcornell@pulaskilawfirm.com<br>bstanley@pulaskilawfirm.com<br>skherkher-team@kherkhergarcia.com<br>sfaries@pulaskilawfirm.com |
| COUNSEL TO THE BELLWETHER PLAINTIFFS | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: ADAM WOLFSON, ERIC D. WINSTON<br>865 S. FIGUEROA ST.<br>10TH FLOOR<br>LOS ANGELES CA 90017 | adamwolfson@quinnemanuel.com<br>ericwinston@quinnemanuel.com |
| COUNSEL TO THE BELLWETHER PLAINTIFFS | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: MATTHEW S. HOSEN<br>1109 1ST AVENUE<br>SUITE 210<br>SEATTLE WA 98101 | matthosen@quinnemanuel.com |
| COUNSEL TO THE BELLWETHER PLAINTIFFS | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: PATRICIA B. TOMASCO, PATRICK KING, JOANNA CAYTAS<br>711 LOUISIANA<br>SUITE 500<br>HOUSTON TX 77002 | pattytomasco@quinnemanuel.com<br>patrickking@quinnemanuel.com<br>joannacaytas@quinnemanuel.com |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| BANKRUPTCY COUNSEL FOR THE RESPIRATOR COMMITTEE | ROCHELLE MCCULLOUGH, LLP | ATTN: MICHAEL R. ROCHELLE, KEVIN D. MCCULLOUGH, SHANNON S. THOMAS<br>325 NORTH ST. PAUL STREET<br>SUITE 4500<br>DALLAS TX 75201 | buzz.rochelle@romclaw.com<br>kdm@romclaw.com<br>sthomas@romclaw.com |
| COUNSEL TO SEEGER WEISS LLP; PROPOSED INDIANA COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS - RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | RUBIN & LEVIN, P.C. | ATTN: DEBORAH J. CARUSO, MEREDITH R. THEISEN<br>135 N. PENNSYLVANIA STREET<br>SUITE 1400<br>INDIANAPOLIS IN 46204 | dcaruso@rubin-levin.net<br>mtheisen@rubin-levin.net |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F STREET NE<br>WASHINGTON DC 20549 | secbankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>200 VESEY STREET, SUITE 400<br>NEW YORK NY 10281 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>ONE PENN CENTER<br>1617 JFK BOULEVARD, SUITE 520<br>PHILADELPHIA PA 19103 | secbankruptcy@sec.gov |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | SEEGER WEISS LLP | ATTN: CHRISTOPHER A SEEGER, DAVID R. BUCHANAN, & MAXWELL H KELLY<br>55 CHALLENGER ROAD<br>6TH FLOOR<br>RIDGEFIELD PARK NJ 07660 | cseeger@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>mkelly@seegerweiss.com |
| COUNSEL TO TRACEY FOX KING & WALTERS AND THE JOHNSON LAW GROUP | SMITH AMUNDSEN LLC | ATTN: MARTHA R. LEHMAN, MARK R. WENZEL<br>201 N. ILLINOIS STREET<br>SUITE 1400<br>INDIANAPOLIS IN 46204 | mlehman@smithamundsen.com<br>mwenzel@smithamundsen.com |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | attorney.general@alaska.gov |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | aginfo@azag.gov |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | bankruptcy@coag.gov |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | attorney.general@ct.gov<br>denise.mondell@ct.gov |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | hawaiiag@hawaii.gov |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | webmaster@atg.state.il.us |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: JAMES F. CHIU, AMANDA K. QUICK, HEATHER M. CROCKETT, TODD ROKITA<br>302 W. WASHINGTON ST.<br>IGCS-5TH FLOOR<br>INDIANAPOLIS IN 46204 | info@atg.in.gov<br>heather.crockett@atg.in.gov<br>usains.webmaster@usdoj.gov |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | webteam@ag.iowa.gov |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | consumerinfo@ag.state.la.us |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | oag.mediation@maine.gov |
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | oag@oag.state.md.us |
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: GILLIAN FEINER<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108 | gillian.feiner@mass.gov |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | miag@michigan.gov |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>SUPREME COURT BUILDING<br>207 W. HIGH STREET<br>JEFFERSON CITY MO 65102 | attorney.general@ago.mo.gov |
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>215 N SANDERS, THIRD FLOOR<br>P.O. BOX 201401<br>HELENA MT 59620-1401 | contactdoj@mt.gov |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | ago.info.help@nebraska.gov |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | aginfo@ag.nv.gov |
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>33 CAPITOL ST.<br>CONCORD NH 03301 | attorneygeneral@doj.nh.gov |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVENUE, DEPT 125<br>BISMARCK ND 58505-0040 | ndag@nd.gov |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1162 COURT STREET NE<br>SALEM OR 97301 | consumer.hotline@doj.state.or.us |
| STATE ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MELISSA L. VAN ECK<br>15TH FLOOR, STRAWBERRY SQUARE<br>HARRISBURG PA 17101 | mvaneck@attorneygeneral.gov |
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1302 EAST HIGHWAY 14, SUITE 1<br>PIERRE SD 57501-8501 | consumerhelp@state.sd.us |
| STATE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL, BANKRUPTCY DIVISION | ATTN: LAURA L. MCCLOUD, STEPHEN R. BUTLER<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | steve.butler@ag.tn.gov |
| STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: RACHEL R. OBALDO, JASON B. BINFORD<br>P. O. BOX 12548- MC 008<br>AUSTIN TX 78711-2548 | public.information@oag.state.tx.us<br>rachel.obaldo@oag.texas.gov<br>jason.binford@oag.texas.gov |

Exhibit A
Core/2002 Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 142320<br>SALT LAKE CITY UT 84114-2320 | uag@utah.gov |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | ago.info@vermont.gov |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | consumer@wvago.gov |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | THE GORI LAW FIRM, P.C. | ATTN: EVAN BUXNER, SAMIRA Z. KHAZAELI, TANJA C ENGELHARDT, & NICHOLAS RYAN MAYFIELD<br>156 N MAIN STREET<br>EDWARDSVILLE IL 62025 | evan@gorilaw.com<br>skhazaeli@gorilaw.com<br>tengelhardt@gorilaw.com<br>rmayfield@gorilaw.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | THOMAS J HENRY LAW | ATTN: THOMAS J HENRY & LESLEY CATHERINE PANISZCZYN<br>521 STARR STREET<br>CORPUS CHRISTI TX 78401 | tjh.3m@thomasjhenrylaw.com<br>lpan.3m@thomasjhenrylaw.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS AND COUNSEL TO LLOYD BAKER, WALTER BANE AND JACK CRAIG | TRACEY FOX KING & WALTERS | ATTN: SEAN PATRICK TRACEY, LAWRENCE FLEMING TRACEY, & SHAWN FOX<br>440 LOUISIANA STREET<br>SUITE 1901<br>HOUSTON TX 77002 | stracey@traceylawfirm.com<br>sfox@traceylawfirm.com<br>ltracey@traceylawfirm.com<br>3m@traceylawfirm.com |
| STATE ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>400 6TH STREET, NW<br>WASHINGTON DC 20001 | oag@dc.gov |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | WATTS GUERRA, LLP | ATTN: MIKAL WATTS, DAVID VINCENT MCLENDON, & ERIN ROGIERS<br>4 DOMINION DRIVE<br>BUILDING 3 SUITE 100<br>SAN ANTONIO TX 78257 | mcwatts@wattsguerra.com<br>dmclendon@wattsguerra.com<br>erogiers@wattsguerra.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | WEITZ & LUXENBERG P.C. | ATTN: LISA BUSCH, PERRY WEITZ, JUSTINE DELANEY, MICHAEL EDWARD PEDERSON<br>700 BROADWAY<br>NEW YORK NY 10003 | lbusch@weitzlux.com<br>pweitz@weitzlux.com<br>jdelaney@weitzlux.com<br>mpederson@weitzlux.com |
| COUNSEL TO 3M COMPANY | WHITE & CASE LLP | ATTN: BRIAN PFEIFFER<br>SOUTHEAST FINANCIAL CENTER<br>MIAMI FL 33131-2352 | brian.pfeiffer@whitecase.com |
| COUNSEL TO 3M COMPANY | WHITE & CASE LLP | ATTN: JESSICA C. LAURIA, SAMUEL P. HERSHEY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095 | jessica.lauria@whitecase.com<br>sam.hershey@whitecase.com |
| COUNSEL TO 3M COMPANY | WHITE & CASE LLP | ATTN: MATTHEW E. LINDER, MICHAEL C. ANDOLINA & LAURA E. BACCASH<br>111 SOUTH WACKER DRIVE<br>SUITE 5100<br>CHICAGO IL 60606-4302 | mlinder@whitecase.com<br>mandolina@whitecase.com<br>laura.baccash@whitecase.com |

In re: Aearo Technologies LLC, et al.
Case No. 22-02890-JJG-11

Page 6 of 6

**<u>Exhibit B</u>**

## Exhibit B
Banks Service List
Served via email

| NAME | EMAIL |
|---|---|
| BANK OF AMERICA | richard.levin@bofa.com; radhika.v.patel@bofa.com |
| JPMORGAN CHASE | julio.ojeaquintana@jpmorgan.com; jeffrey.x.stern@jpmorgan.com |

**Exhibit C**

Exhibit C
Insurance Service List
Served via email

| NAME | EMAIL |
|---|---|
| AON | admir.mesic@aon.com |
| MARSH | bruce.l.ludwig.jr@marsh.com |
| WILLIS TOWERS WATSON | jon.arndt@wtwco.com |
| AIG/Lexington (ROW) | lexingtonins@aig.com |
| Iron-Starr/Liberty Specialty | steve.horton@libertyglobalgroup.com |
| Korean Reinsurance Company | service@koreanre.co.kr |
| Lex-London, a division of AIG Europe Limited | lexingtonins@aig.com |
| Mitsui Sumitomo Insurance Company of America | info@msigusa.com |
| Mosaic | info@mosaicinsurance.com |
| Munich Re UK | uklife@munichre.com |
| QBE Ins. Corporation | corporate@qbe.com |
| QBE UK Limited | enquiries@uk.qbe.com |
| Rokstone | talktous@rokstoneuw.com |

In re: Aearo Technologies, LLC, *et al.*
Case No. 22-02890-JJG-11                                              Page 1 of 1

**Exhibit D**

Exhibit D
Law Firm Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ALEXANDER LAW GROUP PLC | ATTN: EMMET D ALEXANDER | emmet@alexanderlawgroupplc.com |
| SLATER SLATER SCHULMAN | ATTN: JONATHAN ERIC SCHULMAN | jschulman@sssfirm.com |

**Exhibit E**

Exhibit E
Tax Service List
Served via email

| NAME | EMAIL |
|---|---|
| HAWAII DEPARTMENT OF TAXATION | Taxpayer.Services@hawaii.gov |
| WASHINGTON DC OFFICE OF TAX AND REVENUE | taxhelp@dc.gov |