**SO ORDERED: October 18, 2022.**

_Jeffrey J. Graham_
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | ) | Case No. 22-02890-JJG-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING JOINT MOTION TO CONTINUE
HEARING ON CERTAIN DEBTORS' EMPLOYMENT APPLICATIONS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, entered by the Court for each consolidated Debtor [Docket Nos. 37–42]. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

This matter is before the Court on the *Joint Motion to Continue Hearing on Certain Debtors' Employment Applications* [Docket No. 684] (the "Motion")[2] filed by the Committees and the Debtors, requesting entry of an order continuing the hearing on the Debtors' Employment Applications to November 9, 2022, at 9:00 a.m. (prevailing Eastern Time) and extending the deadline for the Committees and the US Trustee only to object to the Debtors' Employment Applications to November 2, 2022.

The Court, having considered the Motion, and being otherwise duly advised in the premises, determines that the Motion should be, and hereby is, GRANTED.  Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Motion is GRANTED in its entirety.

2. The Hearing on the Debtors' Employment Applications is hereby continued to **November 9, 2022**, **at 9:00 a.m. (prevailing Eastern Time)** (the "Continued Hearing").  The Continued Hearing will be held before the Honorable Chief Judge Jeffrey J. Graham at the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division, 46 East Ohio Street, Indianapolis, Indiana 46204, in Courtroom 311.  **NOTE:  ALL PERSONS ATTENDING THE CONTINUED HEARING IN PERSON MUST WEAR A MASK AT ALL TIMES UNLESS ADDRESSING THE COURT OR AS OTHERWISE PERMITTED BY CHIEF JUDGE GRAHAM**.

3. Parties may participate in the Continued Hearing via Zoom, using the following link:  **https://www.zoomgov.com/j/16023126397**.  Parties that wish to listen, but not actively

---

[2] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Motion.

participate, may do so by phone: Phone: 551-285-1373 or 646-828-7666; Meeting ID: 160 2312 6397.

4. Any objections or responses to the Debtors' Employment Applications by the Committees and the US Trustee shall be filed on or before **November 2, 2022, at 4:00 p.m. (prevailing Eastern Time)** and served pursuant to the Notice Procedures set forth in the Case Management Procedures. For the avoidance of doubt, with the exception of the Committees and the US Trustee, any other parties-in-interest wishing to object or respond to the Debtors' Employment Applications must have done so by October 5, 2022, at 4:00 p.m. (prevailing Eastern Time).

5. Any replies to objections or responses filed to the Debtors' Employment Applications shall be filed on or before **November 7, 2022, at 4:00 p.m. (prevailing Eastern Time)** and served pursuant to the Notice Procedures set forth in the Case Management Procedures.

6. The Committees shall not object to any fees incurred by the Kirkland & Ellis LLP and Bates White, LLC during the interim time period of October 12, 2022 through November 9, 2022.

###