**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re:<br><br>AEARO TECHNOLOGIES LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-02890-JJG-11<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON CAE COMMITTEE'S EMPLOYMENT APPLICATION**

**PLEASE TAKE NOTICE** that on October 19, 2022 the Official Committee of Unsecured Creditors for Tort Claimants – Related to Use of Combat Arms Version 2 Earplugs (the "CAE Committee"), appointed in these cases, filed the *CAE Committee's Application for Entry of an Order Approving Retention and Employment of Stretto, Inc. as Information Agent for CAE Committee* **[Dkt. No. 688]** (the "Application").

**NOTICE IS HEREBY GIVEN THAT IN THE EVENT A TIMELY OBJECTION IS FILED A HEARING ON THE APPLICATION WILL BE HELD AS FOLLOWS:**

Date:   November 9, 2022

Time:   9:00 a.m. (prevailing Eastern time)

Judge:   Chief Judge Jeffrey J. Graham

Location: Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Courtroom 311, Indianapolis, Indiana 46204.

**PLEASE TAKE FURTHER NOTICE** that any objections, responses, pleadings, or other submissions related to the Application shall be filed on or before **November 2, 2022**, at **4:00 p.m.** (prevailing Eastern time).  Objections, responses, pleadings, or other submissions may be filed electronically at www.insb.uscourts.gov, or delivered, in writing, to the Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, IN 46204.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to enter an order granting the Application, or if you want the Court to consider your arguments on the Application, then on or before **November 2, 2022**, at **4:00 p.m.** (prevailing Eastern time), you or your attorney must file, electronically at www.insb.uscourts.gov, or delivered, in writing, to the

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, entered by the Court for each consolidated Debtor [Dkt. Nos. 37–42].  The location of the Debtors' service address for the purposes of these chapter 11 cases is:  7911 Zionsville Road, Indianapolis, Indiana 46268.

Clerk of the Bankruptcy Court, 46 E. Ohio Street, Room 116, Indianapolis, IN 46204, an objection explaining your position.  **The Court may enter an order granting the Application without a hearing, unless a timely objection is made.**

**PLEASE TAKE FURTHER NOTICE THAT ALL PERSONS ATTENDING THE HEARING IN PERSON MUST WEAR A MASK AT ALL TIMES UNLESS ADDRESSING THE COURT OR AS OTHERWISE PERMITTED BY CHIEF JUDGE GRAHAM.**

**PLEASE TAKE FURTHER NOTICE** that you may participate in the hearing via audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that interested parties may participate in the hearing via Zoom, using this link:

https://www.zoomgov.com/j/16023126397

**PLEASE TAKE FURTHER NOTICE** that parties that wish to listen to the hearing, but not actively participate, may do so by phone:

Phone: 551-285-1373 or 646-828-7666

Meeting ID:  160 2312 6397

**PLEASE TAKE FURTHER NOTICE THAT _your rights may be affected_.  You should read applicable pleadings carefully and discuss them with your attorney, if you have one, in connection with these chapter 11 cases.  (If you do not have an attorney, you may wish to consult with one.)**

**PLEASE TAKE FURTHER NOTICE** that, in connection with these chapter 11 cases, an _Amended Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief_ (the "Case Management Order") [Dkt. No. 607] was entered on September 30, 2022, which, among other things, prescribes the manner in which objections must be served.  A copy of the Case Management Order may be obtained at no charge at https://restructuring.ra.kroll.com/aearotechnologies/ or for a fee via PACER at https://www.insb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Case Management Order, you must also serve a copy of your written objection on the Core Group, which includes the 2002 List, and the Affected Entities, as such terms are defined in the Case Management Order, **as soon as possible and prior to the hearing on the Application**.

**PLEASE TAKE FURTHER NOTICE** that you should consult the Case Management Order before filing any written objection to the Application.

Dated:  October 19, 2022
       Indianapolis, Indiana

Respectfully submitted,

**RUBIN & LEVIN, P.C.**

*/s/ Meredith R. Theisen*
    Meredith R. Theisen

Deborah J. Caruso
Meredith R. Theisen
135 N. Pennsylvania St., Suite 1400
Indianapolis, IN 46204
Tel:   (317) 634-0300
Fax:   (317) 263-9411
Email: dcaruso@rubin-levin.net
        mtheisen@rubin-levin.net

*Indiana Counsel for the CAE Committee*

**KTBS LAW LLP**
Michael L. Tuchin (*pro hac vice*)
Robert J. Pfister
Sasha M. Gurvitz (*pro hac vice*)
Nir Maoz (*pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Tel:   (310) 407-4000
Fax:   (310) 407-9090

**OTTERBOURG P.C.**
Melanie L. Cyganowski (*pro hac vice*)
Adam C. Silverstein (*pro hac vice*)
Jennifer S. Feeney (*pro hac vice*)
Pauline McTernan (*pro hac vice*)
230 Park Avenue
New York, NY 10169
Tel:   (212) 661-9100
Fax:   (212) 682-6104

*Co-Lead Counsel for the CAE Committee*

**BROWN RUDNICK LLP**
David J. Molton (*pro hac vice*)
Jeffrey L. Jonas (*pro hac vice*)
Seven Times Square
New York, NY 10036
Tel:   (212) 209-4800
Fax:   (212) 209-4801

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay (*pro hac vice*)
Todd E. Phillips (*pro hac vice*)
Kevin M. Davis (*pro hac vice*)
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel:   (202) 862-5000
Fax:   (202) 429-3301

*Special Litigation Counsel for the CAE Committee*

*Special Mass Tort and Negotiation Counsel for the CAE Committee*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022 a copy of the foregoing *Notice of Hearing on CAE Committee's Employment Application* was filed electronically.  Notice of this filing will be sent to parties through the Court's Electronic Case Filing System, which includes all parties in the Core Group other than those listed below.  Parties may access this filing through the Court's system.

I further certify that on October 19, 2022, a copy of the foregoing *Notice of Hearing on CAE Committee's Employment Application* was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following remaining parties in the Core Group:

**United States Department of Defense**
Attn:  Robert Wald
United States Army Legal Services Agency
Gunston Road 9275
Fort Belvoir, VA 22060

**United States Department of Veterans Affairs**
Attn:  Shaquana L. Cooper
Information & Administrative Law Group 810
Vermont Avenue, NW, 11th Floor
Washington, DC 20420

*/s/ Meredith R. Theisen*
Meredith R. Theisen