UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00200 (rev 11/2020)

In re:

**Aearo Technologies LLC**,
Debtor.

Case No. **22–02890–JJG–11**
JOINTLY ADMINISTERED

## NOTICE OF HEARING

The Court, after reviewing this case, determines that a hearing is required to evaluate the following matter(s):

Hearing on Motion to Continue Hearing filed by Tort Claimants – CAE Committee with Debtors' Objection thereto and Reply filed by Tort Claimants – CAE Committee.

**NOTICE IS GIVEN** that a hearing will be held as follows:

Date:   March 13, 2023
Time:   01:30 PM Eastern
Place:  Video Conference at https://www.zoomgov.com/j/16023126397

Those who wish to listen, but not actively participate, may do so by phone:

Phone:   551–285–1373 or 646–828–7666
Meeting ID: 160 2312 6397

Any party appearing by video or phone must connect to the hearing from a quiet location, not use a speakerphone, and mute the connection when not speaking. All participants are further reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing parties.

Dated:  March 8, 2023

Eric R. Kleis
Clerk, U.S. Bankruptcy Court