**SO ORDERED: June 22, 2023.**



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AEARO TECHNOLOGIES LLC, et al., [1] ) | Case No. 22-02890-JJG-11 |
| ) | (Jointly Administered) |
| Debtors. ) | |

### ORDER ESTABLISHING JUNE 30, 2023 DEADLINE
### FOR FINAL PROFESSIONAL FEE APPLICATIONS

By Orders dated June 9, 2023, the Court dismissed the Aearo bankruptcy cases. Pursuant to S.D. Ind. B- 2016-1, professional have 14 days from the date of dismissal to file final fee applications. On June 16, 2023, the Official Committee of Unsecured Creditors—Respirator Claimants filed a *Motion to Extend Deadline to File Final Fee Applications* seeking additional time to file its final applications.

Consistent with a ruling issued in open court on June 21, 2023, the Court hereby extends the deadline for *all* professional retained in the Aearo bankruptcy cases to file final fee applications to and including June 30, 2023.

###

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of digits of each Debtor's federal tax identification number, are set forth in the *Debtors' First Day Motion for Entry of an Order (I) Directing Joint Administration and (II) Granting Related Relief*.