# Notice Recipients

District/Off: 0756−1  User: admin  Date Created: 6/22/2023
Case: 22−02890−JJG−11  Form ID: pdfOrder  Total: 157

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| aty | Adam Wolfson | adamwolfson@quinnemanuel.com |
| aty | Adam C. Silverstein | asilverstein@otterbourg.com |
| aty | Alexandria Lundberg | alexandria.lundberg@icemiller.com |
| aty | Amanda Hunt | amanda.hunt@kellerpostman.com |
| aty | Andrea Kochert Townsend | atownsend@psrb.com |
| aty | Andrew T Kight | akight@jhklegal.com |
| aty | Anne Gilbert Wallice | anne.wallice@kirkland.com |
| aty | Ariella Thal Simonds | asimonds@ktbslaw.com |
| aty | Ashlea Schwarz | ashlea@paulllp.com |
| aty | Ashley Barriere | ashley.barriere@kellerpostman.com |
| aty | Ashley Keller | ack@kellerpostman.com |
| aty | Ashley J. Jericho | ajericho@mcdonaldhopkins.com |
| aty | Bobby Jene Bradford, Jr. | bradfordservice@awkolaw.com |
| aty | Brent Barriere | bbarriere@fishmanhaygood.com |
| aty | Brenton Rogers | brogers@kirkland.com |
| aty | Brian A Glasser | bglasser@baileyglasser.com |
| aty | Bryan F. Aylstock | baylstock@awkolaw.com |
| aty | Caleb Seeley | cseeley@seegerweiss.com |
| aty | Cathrine M Castaldi | ccastaldi@brownrudnick.com |
| aty | Chad Husnick | chusnick@kirkland.com |
| aty | Cherie Nobles | cnobles@fishmanhaygood.com |
| aty | Christopher A. Seeger | cseeger@seegerweiss.com |
| aty | Christopher S. Sontchi | christopher.sontchi@delawareadr.com |
| aty | Claire Stephens | claire.stephens@kirkland.com |
| aty | Clayton A Clark | cclark@triallawfirm.com |
| aty | Curt Derek Hochbein | curt.hochbein@mbcblaw.com |
| aty | D. Todd Mathews | tmathews@baileyglasser.com |
| aty | Dania Slim | dania.slim@pillsburylaw.com |
| aty | Danny Cameron Moxley | dmoxley@brownrudnick.com |
| aty | David Agay | dagay@mcdonaldhopkins.com |
| aty | David Bernick | david.bernick@kirkland.com |
| aty | David Horowitz | dhorowitz@kirkland.com |
| aty | David Molton | dmolton@brownrudnick.com |
| aty | David C. Frederick | dfrederick@kellogghansen.com |
| aty | David L. Selby, II | dselby@baileyglasser.com |
| aty | David R. Buchanan | dbuchanan@seegerweiss.com |
| aty | Deborah Caruso | dcaruso@rubin−levin.net |
| aty | Deborah K. Levy | dlevy@junell−law.com |
| aty | Derek Abbott | dabbott@morrisnichols.com |
| aty | Derek Hunter | derek.hunter@kirkland.com |
| aty | Derek Reinbold | dreinbold@kellogghansen.com |
| aty | Derek Wayne Edwards | derek.edwards@hklaw.com |
| aty | Eden Mirelle Bernstein | ebernstein@kellogghansen.com |
| aty | Edward Sassower | esassower@kirkland.com |
| aty | Emily Geier | emily.geier@kirkland.com |
| aty | Eric Goodman | egoodman@brownrudnick.com |
| aty | Eric Policastro | eric@romclaw.com |
| aty | Eric Winston | ericwinston@quinnemanuel.com |
| aty | Frank Dylewski | frank.dylewski@kellerpostman.com |
| aty | Gregory Starner | gstarner@whitecase.com |
| aty | Gregory H. Bevel | greg.bevel@romclaw.com |
| aty | Gregory Mark Gordon | gmgordon@jonesday.com |
| aty | H. Victor Thomas | vic@sorrelslaw.com |
| aty | Harmony A Mappes | harmony.mappes@faegredrinker.com |
| aty | Harrison Edward Strauss | harrison.strauss@usdoj.gov |
| aty | Harvey Brown, II | harvey.brown@lanierlawfirm.com |
| aty | James Wehner | jwehner@capdale.com |
| aty | Jason Walker Burge | jburge@fishmanhaygood.com |
| aty | Jay Jaffe | jay.jaffe@faegredrinker.com |
| aty | Jeffrey A Hokanson | jeff.hokanson@icemiller.com |
| aty | Jeffrey L. Jonas | jjonas@brownrudnick.com |
| aty | Jennifer M. Hoekstra | jhoekstra@awkolaw.com |
| aty | Jennifer S. Feeney | jfenney@otterbourg.com |
| aty | Jessica Lauria | jessica.lauria@whitecase.com |
| aty | Joanna Diane Caytas | joannacaytas@quinnemanuel.com |
| aty | John Bougiamas | jbougiamas@otterbourg.com |
| aty | John Joseph Allman | jallman@hbkfirm.com |
| aty | John R. Humphrey | jhumphrey@taftlaw.com |

| | | |
|---|---|---|
| aty | Johnny Givens | johnny@givens-law.com |
| aty | Joseph Scott Nabers | snabers@naberslaw.com |
| aty | Joshua Sussberg | joshua.sussberg@kirkland.com |
| aty | Joshua A. Gadharf | jgadharf@mcdonaldhopkins.com |
| aty | Joshua D Branson | jbranson@kellogghansen.com |
| aty | Justin G. Witkin | jwitkin@awkolaw.com |
| aty | Justine Delaney | jdelaney@weitzlux.com |
| aty | Karen Hope Beyea-Schroeder | kschroeder@junell-law.com |
| aty | Kevin C Maclay | kmaclay@capdale.com |
| aty | Kevin Dale McCullough | kdm@romclaw.com |
| aty | Kevin M Davis | kdavis@capdale.com |
| aty | Kevin W Barrett | kbarrett@baileyglasser.com |
| aty | Kiah T Ford, IV | chipford@parkerpoe.com |
| aty | Laura A DuVall | Laura.Duvall@usdoj.gov |
| aty | Laura Elizabeth Baccash | laura.baccash@whitecase.com |
| aty | Laurie Rea | laurie.rea@romclaw.com |
| aty | Leo T. Crowley | leo.crowley@pillsburylaw.com |
| aty | Lisa Nathanson Busch | lbusch@weitzlux.com |
| aty | Mark McKane | mark.mckane@kirkland.com |
| aty | Mark J Nomellini | mnomellini@kirkland.com |
| aty | Mark P. Robinson, Jr | mrobinson@robinsonfirm.com |
| aty | Martha R. Lehman | mlehman@amundsendavislaw.com |
| aty | Matthew Evan Linder | mlinder@whitecase.com |
| aty | Matthew Steven Hosen | matthosen@quinnemanuel.com |
| aty | Max Kelly | mkelly@seegerweiss.com |
| aty | McClain Thompson | mcclain.thompson@kirkland.com |
| aty | Melanie Louise Cyganowski | mcyganowski@otterbourg.com |
| aty | Meredith R. Theisen | mtheisen@rubin-levin.net |
| aty | Micah E. Marcus | mmarcus@mcdonaldhopkins.com |
| aty | Michael Andolina | mandolina@whitecase.com |
| aty | Michael Slade | michael.slade@kirkland.com |
| aty | Michael B. Martin | mmartin@martinwaltonlaw.com |
| aty | Michael L. Tuchin | mtuchin@ktbslaw.com |
| aty | Michael R Maizel | mmaizel@otterbourg.com |
| aty | Michael Richard Rochelle | buzz.rochelle@romclaw.com |
| aty | Michael S. Winograd | mwinograd@brownrudnick.com |
| aty | Michael W. Hile | mhile@jacobsonhile.com |
| aty | Nick Wasdin | nick.wasdin@kirkland.com |
| aty | Nicole Berg | ncb@kellerpostman.com |
| aty | Nir Maoz | nmaoz@ktbslaw.com |
| aty | Patricia B. Tomasco | pattytomasco@quinnemanuel.com |
| aty | Paul M. Green | pmgreen@jonesday.com |
| aty | Pauline McTernan | pmcternan@otterbourg.com |
| aty | Perry Weitz | pw@weitzlux.com |
| aty | Phillip Fajgenbaum | phillipfajgenbaum@parkerpoe.com |
| aty | Raymond C Silverman | rsilverman@yourlawyer.com |
| aty | Renee D. Smith | rdsmith@kirkland.com |
| aty | Richard Paul, III | Rick@PaulLLP.com |
| aty | Robert C Yan | ryan@otterbourg.com |
| aty | Robert J Pfister | rpfister@ktbslaw.com |
| aty | Ronald J. Moore | Ronald.Moore@usdoj.gov |
| aty | Samuel P Hershey | shershey@whitecase.com |
| aty | Sasha M. Gurvitz | sgurvitz@ktbslaw.com |
| aty | Sean Patrick Tracey | stracey@traceylawfirm.com |
| aty | Serafina Concannon | sconcannon@capdale.com |
| aty | Shannon Thomas | sthomas@romclaw.com |
| aty | Shayne Hunter Henry | shayne.henry@kirkland.com |
| aty | Shelley Van Natter Hutson | shutson@triallawfirm.com |
| aty | Spencer Winters | spencer.winters@kirkland.com |
| aty | Syed Ali Saeed | ali@sllawfirm.com |
| aty | Tabitha De Paulo | tabitha.depaulo@kirkland.com |
| aty | Tara Bush | tbush@romclaw.com |
| aty | Todd E. Phillips | tphillips@capdale.com |
| aty | Tristan Manthey | tmanthey@fishmanhaygood.com |
| aty | Wendy D Brewer | wbrewer@fmdlegal.com |
| aty | William Joseph Cernosek, III | wcernosek@romclaw.com |
| aty | William Michael Moreland | MMoreland@triallawfirm.com |

TOTAL: 136

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Aearo Technologies LLC | 7911 Zionsville Road | Indianapolis, IN 46268 |
| mdb | Aearo LLC | 7911 Zionsville Road | Indianapolis, IN 46268 |
| mdb | Aearo Intermediate LLC | 7911 Zionsville Road | Indianapolis, IN 46268 |
| mdb | Aearo Holding LLC | 7911 Zionsville Road | Indianapolis, IN 46268 |
| mdb | Aearo Mexico Holding Corp. | 7911 Zionsville Road | Indianapolis, IN 46268 |
| mdb | Cabot Safety Intermediate LLC | 7911 Zionsville Road | Indianapolis, IN 46268 |

| | | |
|---|---|---|
| mdb | 3M Occupational Safety LLC | 3M Center, Bldg. 224–5N–40   St. Paul, MN 55144 |
| intp | The Monsour Law Firm | 404 N Green St.   Longview, TX 75601 |
| cr | Solimide Foams division of Boyd Corporation | c/o Weston E. Overturf   9102 N. Meridian St. Suite 555   Indianapolis, IN 46260 |
| cr | James Beal | c/o Bryan Aylstock, Esq.   Aylstock, Witkin, Kreis and Overholtz   17 E. Main St., Suite 200   Pensacola, Fl 32502 |
| cr | LaShaunda Parker Freeman | c/o Christopher A. Seeger   Seeger Weiss LLP   55 Challenger Road   Ridgefield Park, NJ 07660 |
| cr | Josh Morgan | c/o Martin Walton   Mike Martin and Rhonda Harshbarger   S. Friendswood Drive, Suite 107   Houston, TX 77546–4580 |
| op | Mattingly Burke Cohen & Biederman LLP | 155 E. Market St.   Suite 400   Indianapolis, IN 46204 |
| op | Rochelle McCullough, LLP | 325 North Saint Paul St.   Suite 4500   Dallas, TX 75202 |
| op | McDonald Hopkins LLC | 300 North LaSalle Street, Suite 1400   Chicago, IL 60654 |
| cr | MDL Plaintiffs | c/o Adam Wolfson   Quinn Emanuel Urquhart & Sullivan, LLP   865 S. Figueroa St., 10th Floor   Los Angeles, CA 90017 |
| op | Bates White, LLC | 2001 K Street NW   Washington, DC 20006 |
| op | Sharon F. Manewitz | Manewitz Weiker Associates, LLC   14243 Laura Vista Drive   Carmel, IN 46033 |
| op | Diana G. Adams | 602 Main Street P.O. Box L   Hobart, NY 13788 |
| op | Lori Lapin Jones | 98 Cutter Mill Road Suite 255 South   Great Neck, NY 11021 |
| op | Jacobson Hile Kight LLC | The Elliott House   108 E. 9th Street   Indianapolis, IN 46202 |

TOTAL: 21