# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | ) | Case No. 22-02890-JJG-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On June 24, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtors' Reservation of Rights with Respect to Omnibus Application for Allowance of Administrative Expenses of CAE Committee's Members and Representatives for the Time Period of August 30, 2022 through June 9, 2023 [Docket No. 1924]

On June 24, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit B**:

- Certificate of No Objection with Respect to the Third Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from February 1, 2023 through and Including April 30, 2023 [Docket No. 1925]

- Certificate of No Objection with Respect to Third Interim Fee Application of Ice Miller LLP, Co-Counsel for the Debtors and Debtors in Possession, for the Interim Period from February 1, 2023 through and Including April 30, 2023 [Docket No. 1926]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, entered by the Court for each consolidated Debtor [Docket Nos. 37-42]. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

- Certificate of No Objection with Respect to the Second Interim Fee Application of Clement & Murphy, PLLC, Appellate Counsel for the Debtors and Debtors in Possession, for the Interim Fee Period from February 1, 2023 through and Including April 30, 2023 [Docket No. 1927]

Dated: June 28, 2023

/s/ *Nathan Chien*
Nathan Chien

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 28, 2023, by Nathan Chien, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 71566

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ | ATTN: MUHAMMED S AZIZ<br>800 COMMERCE STREET<br>HOUSTON TX 77055 | jdean@abrahamwatkins.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | ATTN: BRYAN F. AYLSTOCK, JENNIFER M. HOEKSTRA, DOUGLASS ALAN KREIS, BOBBY J. BRADFORD, JUSTIN G. WITKIN<br>17 EAST MAIN STREET<br>SUITE 200<br>PENSACOLA FL 32502 | baylstock@awkolaw.com<br>jhoekstra@awkolaw.com<br>dkreis@awkolaw.com<br>bbradford@awkolaw.com<br>jwitkin@awkolaw.com | Email |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS; AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: BRIAN A. GLASSER<br>1055 THOMAS JEFFERSON STREET NW<br>SUITE 540<br>WASHINGTON DC 20007 | bglasser@baileyglasser.com | Email |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS, AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: D. TODD MATHEWS<br>1337 PARK PLAZA DRIVE<br>SUITE 2<br>O'FALLON IL 62269 | tmathews@baileyglasser.com | Email |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS; AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: DAVID L. SELBY II<br>3000 RIVERCHASE GALLERIA<br>SUITE 905<br>BIRMINGHAM AL 35244 | dselby@baileyglasser.com | Email |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS; AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: KEVIN W. BARRETT<br>209 CAPITOL STREET<br>CHARLESTON WV 25301 | kbarrett@baileyglasser.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | BAILEY COWAN HECKAMAN PLLC | ATTN: KENNETH CAMP BAILEY, ROBERT W. COWAN<br>1360 POST OAK BOULEVARD<br>SUITE 2300<br>HOUSTON TX 77056 | bailey-svc@bpblaw.com<br>rcowan@bchlaw.com | Email |
| SPECIAL MASS TORT AND NEGOTIATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS - RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | CAPLIN & DRYSDALE, CHARTERED | ATTN: KEVIN C. MACLAY, TODD E. PHILLIPS, KEVIN M. DAVIS; JAMES P. WEHNER<br>ONE THOMAS CIRCLE, NW<br>SUITE 1100<br>WASHINGTON DC 20005 | kmaclay@capdale.com<br>tphillips@capdale.com<br>kdavis@capdale.com<br>jwehner@capdale.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | CLARK, LOVE & HUTSON, PLLC | ATTN: CLAYTON A. CLARK, SHELLEY HUTSON & MICHAEL MORELAND<br>440 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON TX 77002 | cclark@triallawfirm.com<br>bgreif@triallawfirm.com<br>mmoreland@triallawfirm.com<br>shutson@triallawfirm.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | DANZIGER & DE LLANO, LLP | ATTN: RODRIGO DE LLANO<br>440 LOUISIANA STREET<br>SUITE 1212<br>HOUSTON TX 77002 | filings@dandell.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | DOUGLAS & LONDON, P.C. | ATTN: MICHAEL A LONDON & VIRGINIA E ANELLO<br>59 MAIDEN LANE<br>6TH FLOOR<br>NEW YORK NY 10038 | mlondon@douglasandlondon.com<br>vanello@douglasandlondon.com | Email |
| COUNSEL TO 3M COMPANY | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: HARMONY A. MAPPES<br>300 NORTH MERIDIAN STREET, SUITE 2500<br>INDIANAPOLIS IN 46204 | harmony.mappes@faegredrinker.com | Email |
| COUNSEL TO 3M COMPANY | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS IN 46240 | jay.jaffe@faegredrinker.com | Email |
| COUNSEL TO CLARK, LOVE & HUTSON, PLLC | FISHMAN HAYGOOD, L.L.P. | ATTN: TRISTAN MANTHEY, BRENT B. BARRIERE, CHERIE D. NOBLES, JASON W. BURGE<br>201 ST. CHARLES AVENUE<br>46TH FLOOR<br>NEW ORLEANS LA 70170-4600 | tmanthey@fishmanhaygood.com<br>bbarriere@fishmanhaygood.com<br>cnobles@fishmanhaygood.com<br>jburge@fishmanhaygood.com | Email |
| COUNSEL TO WAGSTAFF & CARTMELL, LLC | FULTZ MADDOX DICKENS PLC | ATTN: WENDY D. BREWER<br>333 N. ALABAMA STREET<br>SUITE 350<br>INDIANAPOLIS IN 46204 | wbrewer@fmdlegal.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | HENINGER GARRISON DAVIS, LLC | ATTN: WILLIAM LEWIS GARRISON, JR., TAYLOR CHRISTOPHER BARTLETT, & CHRISTOPHER BOYCE HOOD<br>2224 1ST AVENUE NORTH<br>BIRMINGHAM AL 35203 | lewis@hgdlawfirm.com<br>taylor@hgdlawfirm.com<br>chood@hgdlawfirm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO PLOTKIN, VINCENT & JAFFE, LLC, KENEALY & JACOBI, PLLC AND JOHN HUNT MORGAN, PSC | HESTER BAKER KREBS LLC | ATTN: JOHN J. ALLMAN<br>ONE INDIANA SQUARE, SUITE 1330<br>211 N. PENNSYLVANIA STREET<br>INDIANAPOLIS IN 46204 | jallman@hbkfirm.com | Email |
| COUNSEL TO DEBTORS | ICE MILLER LLP | ATTN: JEFFREY A. HOKANSON, JOHN C. CANNIZZARO, ADAM ARCENEAUX, ALEXANDRIA LUNDBERG<br>ONE AMERICAN SQUARE<br>SUITE 2900<br>INDIANAPOLIS IN 46282-0200 | jeff.hokanson@icemiller.com<br>john.cannizzaro@icemiller.com<br>adam.arceneaux@icemiller.com<br>alexandria.lundberg@icemiller.com | Email |
| INDIANA DEPARTMENT OF REVENUE | INDIANA DEPARTMENT OF REVENUE | ATTN: DAVID BIGGS THE MANAGER OF REVENUE DEPT<br>105 E. JEFFERSON BLVD.<br>STE. 350<br>SOUTH BEND IN 46601 | | First Class Mail |
| INDIANA DIVISION OF REVENUE | INDIANA DIVISION OF REVENUE | ATTN: LEGAL DIVISION<br>100 N SENATE AVENUE MS 102<br>INDIANAPOLIS IN 46204 | | First Class Mail |
| INDIANA SECRETARY OF STATE | INDIANA SECRETARY OF STATE | ATTN: DIVISION OF CORPORATIONS FRANCHISE TAX<br>200 W. WASHINGTON ST.<br>ROOM 201<br>INDIANAPOLIS IN 46204 | | First Class Mail |
| INDIANA STATE TREASURY | INDIANA STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>200 W. WASHINGTON STREET<br>SUITE 242<br>INDIANAPOLIS IN 46204 | tosstaff@tos.in.gov | Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | | First Class Mail |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO JUDY WOLF WEIKER, AS INDEPENDENT FEE EXAMINER | JACOBSON HILE KIGHT LLC | ATTN: ANDREW T. KIGHT, MICHAEL W. HILE<br>THE ELLIOTT HOUSE<br>108 E. 9th STREET<br>INDIANAPOLIS IN 46202 | akight@jhklegal.com<br>mhile@jhklegal.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | JUNELL & ASSOCIATES, PLLC | ATTN: DEBORAH KAY LEVY, KAREN H. BEYEA-SCHROEDER<br>3737 BUFFALO SPEEDWAY<br>SUITE 1850<br>HOUSTON TX 77098 | dlevy@junell-law.com<br>kschroeder@junell-law.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | KELLER POSTMAN LLC | ATTN: ASHLEY CONRAD KELLER, NICOLE CORINNE BERG, ASHLEY BARRIERE, HANNAH RUTH ROBERTS, & MITALI R VYAS<br>150 NORTH RIVERSIDE PLAZA<br>SUITE 4100<br>CHICAGO IL 60606 | ack@kellerpostman.com<br>ncb@kellerpostman.com<br>ashley.barriere@kellerpostman.com<br>mv@kellerlenkner.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS - RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. | ATTN: DAVID C. FREDERICK, JOSHUA D. BRANSON, DEREK C. REINBOLD, EDEN M. BERNSTEIN<br>1615 M. STREET, N.W., SUITE 400<br>WASHINGTON DC 20036 | dfrederick@kellogghansen.com<br>jbranson@kellogghansen.com<br>dreinbold@kellogghansen.com<br>ebernstein@kellogghansen.com | Email |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: CHAD J. HUSNICK, SPENCER A. WINTERS, NICHOLAS A. BINDER<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654 | chad.husnick@kirkland.com<br>spencer.winters@kirkland.com<br>nicholas.binder@kirkland.com | Email |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: EDWARD O. SASSOWER, EMILY GEIER, DEREK HUNTER<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | edward.sassower@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com | Email |
| LEAD COUNSEL FOR THE PLAINTIFF STEERING COMMITTEE IN THE MULTIDISTRICT LITIGATION; PROPOSED CO-LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS – RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | KTBS LAW LLP | ATTN: ROBERT J. PFISTER, MICHAEL L. TUCHIN, THOMAS E. PATTERSON, SASHA M. GURVITZ, NIR MAOZ, ARIELLA T. SIMONDS<br>1801 CENTURY PARK EAST, 26TH FLOOR<br>LOS ANGELES CA 90067 | rpfister@ktbslaw.com<br>mtuchin@ktbslaw.com<br>tpatterson@ktbslaw.com<br>sgurvitz@ktbslaw.com<br>nmaoz@ktbslaw.com<br>asimonds@ktbslaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | MARTIN WALTON LAW FIRM | ATTN: MIKE MARTIN & GAGE WALTON<br>699 S. FRIENDSWOOD DRIVE<br>SUITE 107<br>HOUSTON TX 77546 | mmartin@martinwaltonlaw.com | First Class Mail and Email |
| PROPOSED INDIANA COUNSEL FOR THE ADDITIONAL OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS- RELATED TO USE OF RESPIRATORS | MATTINGLY BURKE COHEN & BIEDERMAN LLP | ATTN: CURT D. HOCHBEIN<br>155 E. MARKET STREET<br>SUITE 400<br>INDIANAPOLIS IN 46204 | curt.hochbein@mbcblaw.com | Email |
| CONFLICTS COUNSEL TO THE DEBTORS | MCDONALD HOPKINS LLC | ATTN: DAVID A. AGAY, JOSHUA GADHARF AND MICAH MARCUS<br>300 NORTH LASALLE STREET<br>SUITE 1400<br>CHICAGO IL 60654 | dagay@mcdonaldhopkins.com<br>mmarcus@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com | Email |
| CONFLICTS COUNSEL TO THE DEBTORS | MCDONALD HOPKINS LLC | ATTN: JOSHUA GADHARF, ASHLEY JERICHO<br>39533 WOODWARD AVENUE SUITE 318<br>BLOOMFIELD HILLS MI 48304 | jgadharf@mcdonaldhopkins.com<br>ajericho@mcdonaldhopkins.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | MORGAN & MORGAN | ATTN: PAUL J PENNOCK & JONATHAN M SEDGH<br>850 3RD AVENUE<br>SUITE 402<br>BROOKLYN NY 11232 | ppennock@forthepeople.com<br>jsedgh@forthepeople.com<br>palbanis@forthepeople.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | MORGAN, COLLINS, YEAST AND SALYER | ATTN: MCKINNLEY MORGAN, ROY COLLINS, DAN YEAST, & KYLE SALYER<br>455 2ND ST.<br>PAINTSVILLE KY 41240 | | First Class Mail |
| COUNSEL TO THE HONORABLE CHRISTOPHER S. SONTCHI (RET.) AND RANDIS S. ELLIS, AS CO-MEDIATORS | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT<br>1201 N. MARKET STREET, 16TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON DE 19899-1347 | dabbott@morrisnichols.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | NABERS LAW FIRM, PLLC | ATTN: J. SCOTT NABERS & KATERINA DIMITRAKAKOS<br>3737 BUFFALO SPEEDWAY<br>SUITE 1850<br>HOUSTON TX 77098 | snabers@naberslaw.com<br>kathy@naberslaw.com | Email |
| COUNSEL TO NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M STREET NW<br>12TH FLOOR<br>WASHINGTON DC 20036 | kcordry@naag.org | Email |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF INDIANA | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HARRISON E. STRAUSS, LAURA A. DUVALL, RONALD J. MOORE<br>BIRCH BAYH FEDERAL BUILDING, UNITED STATES COURTHOUSE<br>46 E. OHIO STREET, SUITE 520<br>INDIANAPOLIS IN 46204 | ustpregion10.in.ecf@usdoj.gov<br>harrison.strauss@usdoj.gov<br>laura.duvall@usdoj.gov<br>ronald.moore@usdoj.gov | Email |
| PROPOSED CO-LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS - RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | OTTERBOURG P.C. | ATTN: ROBERT C. YAN, JOHN BOUGIAMAS, JENNIFER S. FEENEY, ADAM C. SILVERSTEIN, MELANIE L. CYGANOWSKI<br>230 PARK AVENUE<br>NEW YORK NY 10169 | ryan@otterbourg.com<br>jbougiamas@otterbourg.com<br>jfeeney@otterbourg.com<br>asilverstein@otterbourg.com<br>mcyganowski@otterbourg.com | Email |
| COUNSEL TO PARAFINCZUK WOLF, P.A. | PARKER POE ADAMS & BERNSTEIN LLP | ATTN: KIAH T. FORD IV, PHILLIP M. FAJGENBAUM<br>620 SOUTH TRYON STREET<br>SUITE 800<br>CHARLOTTE NC 28202 | chipford@parkerpoe.com<br>phillipfajgenbaum@parkerpoe.com | Email |
| COUNSEL TO PAUL LLP | PAUL LLP | ATTN: RICHARD M. PAUL III, ASHLEA G. SCHWARZ<br>601 WALNUT STREET<br>SUITE 300<br>KANSAS CITY MO 64106 | rick@paulllp.com<br>ashlea@paulllp.com | Email |
| COUNSEL TO AMERICAN OPTICAL CORPORATION | PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: DANIA SLIM<br>324 ROYAL PALM WAY<br>SUITE 220<br>PALM BEACH FL 33480 | dania.slim@pillsburylaw.com | Email |
| COUNSEL TO AMERICAN OPTICAL CORPORATION | PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: LEO T. CROWLEY<br>31 WEST 52ND STREET<br>NEW YORK NY 10019 | leo.crowley@pillsburylaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | PULASKI LAW FIRM, PLLC | ATTN: KATHERINE LINDSEY CORNELL, BRET D STANLEY, & STEVE FARIES<br>2925 RICHMOND AVENUE<br>SUITE 1725<br>HOUSTON TX 77098 | kcornell@pulaskilawfirm.com<br>bstanley@pulaskilawfirm.com<br>skherkher-team@kherkhergarcia.com<br>sfaries@pulaskilawfirm.com | Email |
| COUNSEL TO THE BELLWETHER PLAINTIFFS | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: ADAM WOLFSON, ERIC D. WINSTON<br>865 S. FIGUEROA ST.<br>10TH FLOOR<br>LOS ANGELES CA 90017 | adamwolfson@quinnemanuel.com<br>ericwinston@quinnemanuel.com | Email |
| COUNSEL TO THE BELLWETHER PLAINTIFFS | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: MATTHEW S. HOSEN<br>1109 1ST AVENUE<br>SUITE 210<br>SEATTLE WA 98101 | matthosen@quinnemanuel.com | Email |
| COUNSEL TO THE BELLWETHER PLAINTIFFS | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: PATRICIA B. TOMASCO, PATRICK KING, JOANNA CAYTAS<br>711 LOUISIANA<br>SUITE 500<br>HOUSTON TX 77002 | pattytomasco@quinnemanuel.com<br>patrickking@quinnemanuel.com<br>joannacaytas@quinnemanuel.com | Email |
| COUNSEL TO THE RESPIRATOR COMMITTEE | ROCHELLE MCCULLOUGH, LLP | ATTN: LAURIE DAHL REA<br>300 THROCKMORTON ST<br>SUITE 520<br>FORT WORTH TX 76102 | laurie.rea@romclaw.com | Email |
| BANKRUPTCY COUNSEL FOR THE RESPIRATOR COMMITTEE | ROCHELLE MCCULLOUGH, LLP | ATTN: MICHAEL R. ROCHELLE, KEVIN D. MCCULLOUGH, SHANNON S. THOMAS, TARA L. BUSH, WILLIAM J. CERNOSEK III, ERIC POLICASTRO; GREGORY H. BEVEL III<br>325 NORTH ST. PAUL STREET<br>SUITE 4500<br>DALLAS TX 75201 | buzz.rochelle@romclaw.com<br>kdm@romclaw.com<br>sthomas@romclaw.com<br>tbush@romclaw.com<br>wcernosek@romclaw.com<br>eric@romclaw.com<br>greg.bevel@romclaw.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS - RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | RUBIN & LEVIN, P.C. | ATTN: DEBORAH J. CARUSO, MEREDITH R. THEISEN<br>135 N. PENNSYLVANIA STREET<br>SUITE 1400<br>INDIANAPOLIS IN 46204 | dcaruso@rubin-levin.net<br>mtheisen@rubin-levin.net | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F STREET NE<br>WASHINGTON DC 20549 | secbankruptcy@sec.gov | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>200 VESEY STREET, SUITE 400<br>NEW YORK NY 10281 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>ONE PENN CENTER<br>1617 JFK BOULEVARD, SUITE 520<br>PHILADELPHIA PA 19103 | secbankruptcy@sec.gov | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | SEEGER WEISS LLP | ATTN: CHRISTOPHER A SEEGER, DAVID R. BUCHANAN, & MAXWELL H KELLY<br>55 CHALLENGER ROAD<br>6TH FLOOR<br>RIDGEFIELD PARK NJ 07660 | cseeger@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>mkelly@seegerweiss.com | Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: JAMES F. CHIU, AMANDA K. QUICK, HEATHER M. CROCKETT, TODD ROKITA<br>302 W. WASHINGTON ST.<br>IGCS-5TH FLOOR<br>INDIANAPOLIS IN 46204 | info@atg.in.gov<br>heather.crockett@atg.in.gov<br>usains.webmaster@usdoj.gov | Email |
| COUNSEL TO CABOT CSC LLC | TAFT STETTINIUS & HOLLISTER LLP | ATTN: JOHN R. HUMPHREY<br>ONE INDIANA SQUARE<br>SUITE 3500<br>INDIANAPOLIS IN 46204 | jhumphrey@taftlaw.com<br>aolave@taftlaw.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | THE GORI LAW FIRM, P.C. | ATTN: EVAN BUXNER, SAMIRA Z. KHAZAELI, TANJA C ENGELHARDT, & NICHOLAS RYAN MAYFIELD<br>156 N MAIN STREET<br>EDWARDSVILLE IL 62025 | evan@gorilaw.com<br>skhazaeli@gorilaw.com<br>tengelhardt@gorilaw.com<br>rmayfield@gorilaw.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | THOMAS J HENRY LAW | ATTN: THOMAS J HENRY & LESLEY CATHERINE PANISZCZYN<br>521 STARR STREET<br>CORPUS CHRISTI TX 78401 | tjh.3m@thomasjhenrylaw.com<br>lpan.3m@thomasjhenrylaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS AND COUNSEL TO LLOYD BAKER, WALTER BANE AND JACK CRAIG | TRACEY FOX KING & WALTERS | ATTN: SEAN PATRICK TRACEY, LAWRENCE FLEMING TRACEY, & SHAWN FOX<br>440 LOUISIANA STREET<br>SUITE 1901<br>HOUSTON TX 77002 | stracey@traceylawfirm.com<br>sfox@traceylawfirm.com<br>ltracey@traceylawfirm.com<br>3m@traceylawfirm.com | Email |
| COUNSEL TO THE UNITED STATES DEPARTMENT OF DEFENSE | UNITED STATES DEPARTMENT OF DEFENSE | ATTN: ROBERT WALD<br>UNITED STATES ARMY LEGAL SERVICES AGENCY<br>GUNSTON ROAD 9275<br>FORT BELVOIR VA 22060 | | First Class Mail |
| COUNSEL TO THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS | UNITED STATES DEPARTMENT OF VETERANS AFFAIRS | ATTN: SHAQUANA L. COOPER<br>INFORMATION & ADMINISTRATIVE LAW GROUP (024)<br>810 VERMONT AVENUE, NW, 11TH FLOOR<br>WASHINGTON DC 20420 | | First Class Mail |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF INDIANA | US ATTORNEY FOR THE SOUTHERN DISTRICT OF INDIANA | ATTN: ZACHARY A. MYERS<br>10 W MARKET ST, SUITE 2100<br>INDIANAPOLIS IN 46204 | | First Class Mail |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | WATTS GUERRA, LLP | ATTN: MIKAL WATTS, DAVID VINCENT MCLENDON, & ERIN ROGIERS<br>4 DOMINION DRIVE<br>BUILDING 3 SUITE 100<br>SAN ANTONIO TX 78257 | mcwatts@wattsguerra.com<br>dmclendon@wattsguerra.com<br>erogiers@wattsguerra.com | Email |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | WEITZ & LUXENBERG P.C. | ATTN: LISA BUSCH, PERRY WEITZ, JUSTINE DELANEY, MICHAEL EDWARD PEDERSON<br>700 BROADWAY<br>NEW YORK NY 10003 | lbusch@weitzlux.com<br>pweitz@weitzlux.com<br>jdelaney@weitzlux.com<br>mpederson@weitzlux.com | Email |
| COUNSEL TO 3M COMPANY | WHITE & CASE LLP | ATTN: BRIAN PFEIFFER<br>SOUTHEAST FINANCIAL CENTER<br>MIAMI FL 33131-2352 | brian.pfeiffer@whitecase.com | Email |
| COUNSEL TO 3M COMPANY | WHITE & CASE LLP | ATTN: JESSICA C. LAURIA, SAMUEL P. HERSHEY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095 | jessica.lauria@whitecase.com<br>sam.hershey@whitecase.com | Email |
| COUNSEL TO 3M COMPANY | WHITE & CASE LLP | ATTN: MATTHEW E. LINDER, MICHAEL C. ANDOLINA & LAURA E. BACCASH<br>111 SOUTH WACKER DRIVE<br>SUITE 5100<br>CHICAGO IL 60606-4302 | mlinder@whitecase.com<br>mandolina@whitecase.com<br>laura.baccash@whitecase.com | Email |

**<u>Exhibit B</u>**

Exhibit B
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ | ATTN: MUHAMMED S AZIZ<br>800 COMMERCE STREET<br>HOUSTON TX 77055 | jdean@abrahamwatkins.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | ATTN: BRYAN F. AYLSTOCK, JENNIFER M. HOEKSTRA, DOUGLASS ALAN KREIS, BOBBY J. BRADFORD, JUSTIN G. WITKIN<br>17 EAST MAIN STREET<br>SUITE 200<br>PENSACOLA FL 32502 | baylstock@awkolaw.com<br>jhoekstra@awkolaw.com<br>dkreis@awkolaw.com<br>bbradford@awkolaw.com<br>jwitkin@awkolaw.com |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS; AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: BRIAN A. GLASSER<br>1055 THOMAS JEFFERSON STREET NW<br>SUITE 540<br>WASHINGTON DC 20007 | bglasser@baileyglasser.com |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS, AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: D. TODD MATHEWS<br>1337 PARK PLAZA DRIVE<br>SUITE 2<br>O'FALLON IL 62269 | tmathews@baileyglasser.com |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS; AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: DAVID L. SELBY II<br>3000 RIVERCHASE GALLERIA<br>SUITE 905<br>BIRMINGHAM AL 35244 | dselby@baileyglasser.com |
| COUNSEL TO THE BAILEY GLASSER PLAINTIFFS; AD HOC COMMITTEE OF CAEV2 EARPLUG CLAIMANTS | BAILEY & GLASSER, LLP | ATTN: KEVIN W. BARRETT<br>209 CAPITOL STREET<br>CHARLESTON WV 25301 | kbarrett@baileyglasser.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | BAILEY COWAN HECKAMAN PLLC | ATTN: KENNETH CAMP BAILEY, ROBERT W. COWAN<br>1360 POST OAK BOULEVARD<br>SUITE 2300<br>HOUSTON TX 77056 | bailey-svc@bpblaw.com<br>rcowan@bchlaw.com |
| SPECIAL MASS TORT AND NEGOTIATION COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS - RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | CAPLIN & DRYSDALE, CHARTERED | ATTN: KEVIN C. MACLAY, TODD E. PHILLIPS, KEVIN M. DAVIS; JAMES P. WEHNER<br>ONE THOMAS CIRCLE, NW<br>SUITE 1100<br>WASHINGTON DC 20005 | kmaclay@capdale.com<br>tphillips@capdale.com<br>kdavis@capdale.com<br>jwehner@capdale.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | CLARK, LOVE & HUTSON, PLLC | ATTN: CLAYTON A. CLARK, SHELLEY HUTSON & MICHAEL MORELAND<br>440 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON TX 77002 | cclark@triallawfirm.com<br>bgreif@triallawfirm.com<br>mmoreland@triallawfirm.com<br>shutson@triallawfirm.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | DANZIGER & DE LLANO, LLP | ATTN: RODRIGO DE LLANO<br>440 LOUISIANA STREET<br>SUITE 1212<br>HOUSTON TX 77002 | filings@dandell.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | DOUGLAS & LONDON, P.C. | ATTN: MICHAEL A LONDON & VIRGINIA E ANELLO<br>59 MAIDEN LANE<br>6TH FLOOR<br>NEW YORK NY 10038 | mlondon@douglasandlondon.com<br>vanello@douglasandlondon.com |
| COUNSEL TO 3M COMPANY | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: HARMONY A. MAPPES<br>300 NORTH MERIDIAN STREET, SUITE 2500<br>INDIANAPOLIS IN 46204 | harmony.mappes@faegredrinker.com |
| COUNSEL TO 3M COMPANY | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: JAY JAFFE<br>600 EAST 96TH STREET, SUITE 600<br>INDIANAPOLIS IN 46240 | jay.jaffe@faegredrinker.com |
| COUNSEL TO CLARK, LOVE & HUTSON, PLLC | FISHMAN HAYGOOD, L.L.P. | ATTN: TRISTAN MANTHEY, BRENT B. BARRIERE, CHERIE D. NOBLES, JASON W. BURGE<br>201 ST. CHARLES AVENUE<br>46TH FLOOR<br>NEW ORLEANS LA 70170-4600 | tmanthey@fishmanhaygood.com<br>bbarriere@fishmanhaygood.com<br>cnobles@fishmanhaygood.com<br>jburge@fishmanhaygood.com |

Exhibit B
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO WAGSTAFF & CARTMELL, LLC | FULTZ MADDOX DICKENS PLC | ATTN: WENDY D. BREWER<br>333 N. ALABAMA STREET<br>SUITE 350<br>INDIANAPOLIS IN 46204 | wbrewer@fmdlegal.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | HENINGER GARRISON DAVIS, LLC | ATTN: WILLIAM LEWIS GARRISON, JR., TAYLOR CHRISTOPHER BARTLETT, & CHRISTOPHER BOYCE HOOD<br>2224 1ST AVENUE NORTH<br>BIRMINGHAM AL 35203 | lewis@hgdlawfirm.com<br>taylor@hgdlawfirm.com<br>chood@hgdlawfirm.com |
| COUNSEL TO PLOTKIN, VINCENT & JAFFE, LLC, KENEALY & JACOBI, PLLC AND JOHN HUNT MORGAN, PSC | HESTER BAKER KREBS LLC | ATTN: JOHN J. ALLMAN<br>ONE INDIANA SQUARE, SUITE 1330<br>211 N. PENNSYLVANIA STREET<br>INDIANAPOLIS IN 46204 | jallman@hbkfirm.com |
| COUNSEL TO DEBTORS | ICE MILLER LLP | ATTN: JEFFREY A. HOKANSON, JOHN C. CANNIZZARO, ADAM ARCENEAUX, ALEXANDRIA LUNDBERG<br>ONE AMERICAN SQUARE<br>SUITE 2900<br>INDIANAPOLIS IN 46282-0200 | jeff.hokanson@icemiller.com<br>john.cannizzaro@icemiller.com<br>adam.arceneaux@icemiller.com<br>alexandria.lundberg@icemiller.com |
| INDIANA STATE TREASURY | INDIANA STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>200 W. WASHINGTON STREET<br>SUITE 242<br>INDIANAPOLIS IN 46204 | tosstaff@tos.in.gov |
| COUNSEL TO JUDY WOLF WEIKER, AS INDEPENDENT FEE EXAMINER | JACOBSON HILE KIGHT LLC | ATTN: ANDREW T. KIGHT, MICHAEL W. HILE<br>THE ELLIOTT HOUSE<br>108 E. 9th STREET<br>INDIANAPOLIS IN 46202 | akight@jhklegal.com<br>mhile@jhklegal.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | JUNELL & ASSOCIATES, PLLC | ATTN: DEBORAH KAY LEVY, KAREN H. BEYEA-SCHROEDER<br>3737 BUFFALO SPEEDWAY<br>SUITE 1850<br>HOUSTON TX 77098 | dlevy@junell-law.com<br>kschroeder@junell-law.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | KELLER POSTMAN LLC | ATTN: ASHLEY CONRAD KELLER, NICOLE CORINNE BERG, ASHLEY BARRIERE, HANNAH RUTH ROBERTS, & MITALI R VYAS<br>150 NORTH RIVERSIDE PLAZA<br>SUITE 4100<br>CHICAGO IL 60606 | ack@kellerpostman.com<br>ncb@kellerpostman.com<br>ashley.barriere@kellerpostman.com<br>mv@kellerlenkner.com |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS - RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. | ATTN: DAVID C. FREDERICK, JOSHUA D. BRANSON, DEREK C. REINBOLD, EDEN M. BERNSTEIN<br>1615 M. STREET, N.W., SUITE 400<br>WASHINGTON DC 20036 | dfrederick@kellogghansen.com<br>jbranson@kellogghansen.com<br>dreinbold@kellogghansen.com<br>ebernstein@kellogghansen.com |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: CHAD J. HUSNICK, SPENCER A. WINTERS, NICHOLAS A. BINDER<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654 | chad.husnick@kirkland.com<br>spencer.winters@kirkland.com<br>nicholas.binder@kirkland.com |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: EDWARD O. SASSOWER, EMILY GEIER, DEREK HUNTER<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | edward.sassower@kirkland.com<br>emily.geier@kirkland.com<br>derek.hunter@kirkland.com |
| LEAD COUNSEL FOR THE PLAINTIFF STEERING COMMITTEE IN THE MULTIDISTRICT LITIGATION; PROPOSED CO-LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS – RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | KTBS LAW LLP | ATTN: ROBERT J. PFISTER, MICHAEL L. TUCHIN, THOMAS E. PATTERSON, SASHA M. GURVITZ, NIR MAOZ, ARIELLA T. SIMONDS<br>1801 CENTURY PARK EAST, 26TH FLOOR<br>LOS ANGELES CA 90067 | rpfister@ktbslaw.com<br>mtuchin@ktbslaw.com<br>tpatterson@ktbslaw.com<br>sgurvitz@ktbslaw.com<br>nmaoz@ktbslaw.com<br>asimonds@ktbslaw.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | MARTIN WALTON LAW FIRM | ATTN: MIKE MARTIN & GAGE WALTON<br>699 S. FRIENDSWOOD DRIVE<br>SUITE 107<br>HOUSTON TX 77546 | mmartin@martinwaltonlaw.com |

Exhibit B
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| PROPOSED INDIANA COUNSEL FOR THE ADDITIONAL OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS- RELATED TO USE OF RESPIRATORS | MATTINGLY BURKE COHEN & BIEDERMAN LLP | ATTN: CURT D. HOCHBEIN<br>155 E. MARKET STREET<br>SUITE 400<br>INDIANAPOLIS IN 46204 | curt.hochbein@mbclaw.com |
| CONFLICTS COUNSEL TO THE DEBTORS | MCDONALD HOPKINS LLC | ATTN: DAVID A. AGAY, JOSHUA GADHARF AND MICAH MARCUS<br>300 NORTH LASALLE STREET<br>SUITE 1400<br>CHICAGO IL 60654 | dagay@mcdonaldhopkins.com<br>mmarcus@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com |
| CONFLICTS COUNSEL TO THE DEBTORS | MCDONALD HOPKINS LLC | ATTN: JOSHUA GADHARF, ASHLEY JERICHO<br>39533 WOODWARD AVENUE SUITE 318<br>BLOOMFIELD HILLS MI 48304 | jgadharf@mcdonaldhopkins.com<br>ajericho@mcdonaldhopkins.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | MORGAN & MORGAN | ATTN: PAUL J PENNOCK & JONATHAN M SEDGH<br>850 3RD AVENUE<br>SUITE 402<br>BROOKLYN NY 11232 | ppennock@forthepeople.com<br>jsedgh@forthepeople.com<br>palbanis@forthepeople.com |
| COUNSEL TO THE HONORABLE CHRISTOPHER S. SONTCHI (RET.) AND RANDIS S. ELLIS, AS CO-MEDIATORS | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT<br>1201 N. MARKET STREET, 16TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON DE 19899-1347 | dabbott@morrisnichols.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | NABERS LAW FIRM, PLLC | ATTN: J. SCOTT NABERS & KATERINA DIMITRAKAKOS<br>3737 BUFFALO SPEEDWAY<br>SUITE 1850<br>HOUSTON TX 77098 | snabers@naberslaw.com<br>kathy@naberslaw.com |
| COUNSEL TO NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M STREET NW<br>12TH FLOOR<br>WASHINGTON DC 20036 | kcordry@naag.org |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF INDIANA | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HARRISON E. STRAUSS, LAURA A. DUVALL, RONALD J. MOORE<br>BIRCH BAYH FEDERAL BUILDING, UNITED STATES COURTHOUSE<br>46 E. OHIO STREET, SUITE 520<br>INDIANAPOLIS IN 46204 | ustpregion10.in.ecf@usdoj.gov<br>harrison.strauss@usdoj.gov<br>laura.duvall@usdoj.gov<br>ronald.moore@usdoj.gov |
| PROPOSED CO-LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS - RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | OTTERBOURG P.C. | ATTN: ROBERT C. YAN, JOHN BOUGIAMAS, JENNIFER S. FEENEY, ADAM C. SILVERSTEIN, MELANIE L. CYGANOWSKI<br>230 PARK AVENUE<br>NEW YORK NY 10169 | ryan@otterbourg.com<br>jbougiamas@otterbourg.com<br>jfeeney@otterbourg.com<br>asilverstein@otterbourg.com<br>mcyganowski@otterbourg.com |
| COUNSEL TO PARAFINCZUK WOLF, P.A. | PARKER POE ADAMS & BERNSTEIN LLP | ATTN: KIAH T. FORD IV, PHILLIP M. FAJGENBAUM<br>620 SOUTH TRYON STREET<br>SUITE 800<br>CHARLOTTE NC 28202 | chipford@parkerpoe.com<br>phillipfajgenbaum@parkerpoe.com |
| COUNSEL TO PAUL LLP | PAUL LLP | ATTN: RICHARD M. PAUL III, ASHLEA G. SCHWARZ<br>601 WALNUT STREET<br>SUITE 300<br>KANSAS CITY MO 64106 | rick@paulllp.com<br>ashlea@paulllp.com |
| COUNSEL TO AMERICAN OPTICAL CORPORATION | PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: DANIA SLIM<br>324 ROYAL PALM WAY<br>SUITE 220<br>PALM BEACH FL 33480 | dania.slim@pillsburylaw.com |
| COUNSEL TO AMERICAN OPTICAL CORPORATION | PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: LEO T. CROWLEY<br>31 WEST 52ND STREET<br>NEW YORK NY 10019 | leo.crowley@pillsburylaw.com |

Exhibit B
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | PULASKI LAW FIRM, PLLC | ATTN: KATHERINE LINDSEY CORNELL, BRET D STANLEY, & STEVE FARIES<br>2925 RICHMOND AVENUE<br>SUITE 1725<br>HOUSTON TX 77098 | kcornell@pulaskilawfirm.com<br>bstanley@pulaskilawfirm.com<br>skherkher-team@kherkhergarcia.com<br>sfaries@pulaskilawfirm.com |
| COUNSEL TO THE BELLWETHER PLAINTIFFS | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: ADAM WOLFSON, ERIC D. WINSTON<br>865 S. FIGUEROA ST.<br>10TH FLOOR<br>LOS ANGELES CA 90017 | adamwolfson@quinnemanuel.com<br>ericwinston@quinnemanuel.com |
| COUNSEL TO THE BELLWETHER PLAINTIFFS | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: MATTHEW S. HOSEN<br>1109 1ST AVENUE<br>SUITE 210<br>SEATTLE WA 98101 | matthosen@quinnemanuel.com |
| COUNSEL TO THE BELLWETHER PLAINTIFFS | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: PATRICIA B. TOMASCO, PATRICK KING, JOANNA CAYTAS<br>711 LOUISIANA<br>SUITE 500<br>HOUSTON TX 77002 | pattytomasco@quinnemanuel.com<br>patrickking@quinnemanuel.com<br>joannacaytas@quinnemanuel.com |
| COUNSEL TO THE RESPIRATOR COMMITTEE | ROCHELLE MCCULLOUGH, LLP | ATTN: LAURIE DAHL REA<br>300 THROCKMORTON ST<br>SUITE 520<br>FORT WORTH TX 76102 | laurie.rea@romclaw.com |
| BANKRUPTCY COUNSEL FOR THE RESPIRATOR COMMITTEE | ROCHELLE MCCULLOUGH, LLP | ATTN: MICHAEL R. ROCHELLE, KEVIN D. MCCULLOUGH, SHANNON S. THOMAS, TARA L. BUSH, WILLIAM J. CERNOSEK III, ERIC POLICASTRO; GREGORY H. BEVEL III<br>325 NORTH ST. PAUL STREET<br>SUITE 4500<br>DALLAS TX 75201 | buzz.rochelle@romclaw.com<br>kdm@romclaw.com<br>sthomas@romclaw.com<br>tbush@romclaw.com<br>wcernosek@romclaw.com<br>eric@romclaw.com<br>greg.bevel@romclaw.com |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR TORT CLAIMANTS - RELATED TO USE OF COMBAT ARMS VERSION 2 EARPLUGS | RUBIN & LEVIN, P.C. | ATTN: DEBORAH J. CARUSO, MEREDITH R. THEISEN<br>135 N. PENNSYLVANIA STREET<br>SUITE 1400<br>INDIANAPOLIS IN 46204 | dcaruso@rubin-levin.net<br>mtheisen@rubin-levin.net |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F STREET NE<br>WASHINGTON DC 20549 | secbankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>200 VESEY STREET, SUITE 400<br>NEW YORK NY 10281 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>ONE PENN CENTER<br>1617 JFK BOULEVARD, SUITE 520<br>PHILADELPHIA PA 19103 | secbankruptcy@sec.gov |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | SEEGER WEISS LLP | ATTN: CHRISTOPHER A SEEGER, DAVID R. BUCHANAN, & MAXWELL H KELLY<br>55 CHALLENGER ROAD<br>6TH FLOOR<br>RIDGEFIELD PARK NJ 07660 | cseeger@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>mkelly@seegerweiss.com |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: JAMES F. CHIU, AMANDA K. QUICK, HEATHER M. CROCKETT, TODD ROKITA<br>302 W. WASHINGTON ST.<br>IGCS-5TH FLOOR<br>INDIANAPOLIS IN 46204 | info@atg.in.gov<br>heather.crockett@atg.in.gov<br>usains.webmaster@usdoj.gov |
| COUNSEL TO CABOT CSC LLC | TAFT STETTINIUS & HOLLISTER LLP | ATTN: JOHN R. HUMPHREY<br>ONE INDIANA SQUARE<br>SUITE 3500<br>INDIANAPOLIS IN 46204 | jhumphrey@taftlaw.com<br>aolave@taftlaw.com |

Exhibit B
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | THE GORI LAW FIRM, P.C. | ATTN: EVAN BUXNER, SAMIRA Z. KHAZAELI, TANJA C ENGELHARDT, & NICHOLAS RYAN MAYFIELD<br>156 N MAIN STREET<br>EDWARDSVILLE IL 62025 | evan@gorilaw.com<br>skhazaeli@gorilaw.com<br>tengelhardt@gorilaw.com<br>rmayfield@gorilaw.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | THOMAS J HENRY LAW | ATTN: THOMAS J HENRY & LESLEY CATHERINE PANISZCZYN<br>521 STARR STREET<br>CORPUS CHRISTI TX 78401 | tjh.3m@thomasjhenrylaw.com<br>lpan.3m@thomasjhenrylaw.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS AND COUNSEL TO LLOYD BAKER, WALTER BANE AND JACK CRAIG | TRACEY FOX KING & WALTERS | ATTN: SEAN PATRICK TRACEY, LAWRENCE FLEMING TRACEY, & SHAWN FOX<br>440 LOUISIANA STREET<br>SUITE 1901<br>HOUSTON TX 77002 | stracey@traceylawfirm.com<br>sfox@traceylawfirm.com<br>ltracey@traceylawfirm.com<br>3m@traceylawfirm.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | WATTS GUERRA, LLP | ATTN: MIKAL WATTS, DAVID VINCENT MCLENDON, & ERIN ROGIERS<br>4 DOMINION DRIVE<br>BUILDING 3 SUITE 100<br>SAN ANTONIO TX 78257 | mcwatts@wattsguerra.com<br>dmclendon@wattsguerra.com<br>erogiers@wattsguerra.com |
| TOP 20 LAW FIRM REPRESENTING TORT CLAIMANTS | WEITZ & LUXENBERG P.C. | ATTN: LISA BUSCH, PERRY WEITZ, JUSTINE DELANEY, MICHAEL EDWARD PEDERSON<br>700 BROADWAY<br>NEW YORK NY 10003 | lbusch@weitzlux.com<br>pweitz@weitzlux.com<br>jdelaney@weitzlux.com<br>mpederson@weitzlux.com |
| COUNSEL TO 3M COMPANY | WHITE & CASE LLP | ATTN: BRIAN PFEIFFER<br>SOUTHEAST FINANCIAL CENTER<br>MIAMI FL 33131-2352 | brian.pfeiffer@whitecase.com |
| COUNSEL TO 3M COMPANY | WHITE & CASE LLP | ATTN: JESSICA C. LAURIA, SAMUEL P. HERSHEY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095 | jessica.lauria@whitecase.com<br>sam.hershey@whitecase.com |
| COUNSEL TO 3M COMPANY | WHITE & CASE LLP | ATTN: MATTHEW E. LINDER, MICHAEL C. ANDOLINA & LAURA E. BACCASH<br>111 SOUTH WACKER DRIVE<br>SUITE 5100<br>CHICAGO IL 60606-4302 | mlinder@whitecase.com<br>mandolina@whitecase.com<br>laura.baccash@whitecase.com |