UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] ) | Case No. 22-02890-JJG-11 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**CERTIFICATE OF SERVICE OF NO OBJECTION WITH RESPECT TO SECOND INTERIM FEE APPLICATION OF DIANA G. ADAMS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS FEE REVIEWER FOR THE INDEPENDENT FEE EXAMINER FOR THE PERIOD APRIL 1, 2023 THROUGH JUNE 30, 2023**

Diana G. Adams ("Adams"), as a fee reviewer for the Independent Fee Examiner in these cases, certifies as follows:

1. On August 21, 2023, Adams filed her *Second Interim Fee Application of Diana G. Adams for Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Fee Reviewer for the Independent Fee Examiner for the Period April 1, 2023 through June 30, 2023* (the "Application") [Docket No. 1995].

2. On August 21, 2023, Adams filed her *Notice of Hearing on Second Interim Fee Application of Diana G. Adams for Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Fee Reviewer for the Independent Fee Examiner for the Period April 1, 2023 through June 30, 2023* (the "Notice") [Docket No. 1998].

3. Pursuant to the Notice, objections to the Application were to be filed on or before September 6, 2023, at 4:00 p.m. (prevailing Eastern time). In the event of a timely objection, the Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, entered by the Court for each consolidated Debtor [Docket Nos. 37–42]. The location of the Debtors' service address for the purposes of these chapter 11 cases is 7911 Zionsville Road, Indianapolis, Indiana 46268.

scheduled a hearing to be held on September 13, 2023, at 9:00 a.m. (prevailing Eastern time) (the "Hearing").

4. To the best of Adams' knowledge, no objection to the Application has been (a) filed with the Court on the docket in these cases, or (b) served on the Fee Examiner or her counsel.

5. The Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order") [Docket No. 541] provides that the Court may approve an uncontested interim fee application without the need for a hearing if no objections are filed. Interim Compensation Order, at ¶ 2(f).

6. The Court's *Amended Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* (the "Case Management Procedures") [Docket No. 607] provides that a motion or application may be granted without a hearing, provided that, after the passage of the objection deadline, the movant files a certification indicating that no objection has been filed or served on the movant. Case Management Procedures, at ¶ 19.

7. Based on the foregoing, Adams respectfully requests that the Court enter an Order granting the Application in the amounts set forth therein.

Dated: September 8, 2023

| | |
|---|---|
| DIANA G. ADAMS,<br>FEE REVIEWER, | JACOBSON HILE KIGHT LLC,<br>Counsel for Judy Wolf Weiker,<br>Independent Fee Examiner |
| /s/ Diana G. Adams<br>Diana G. Adams<br>Fee Reviewer<br>P.O. Box L<br>Hobart, New York 13788<br>Telephone: (607) 643-2455<br>Email: diana.goldberg.adams@gmail.com | /s/ Andrew T. Kight<br>Andrew T. Kight<br>The Elliott House<br>108 E. 9th Street<br>Indianapolis, Indiana 46202<br>Telephone: (317) 608-1130<br>Email: akight@jhklegal.com |

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2023, a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent to parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                                  /s/ Andrew T. Kight
                                                  Andrew T. Kight