# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AEARO TECHNOLOGIES LLC, *et al.*,[1] | ) Case No. 22-02890-JJG-11 |
|  | ) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION WITH
RESPECT TO THE FOURTH INTERIM AND
FINAL FEE APPLICATION OF KIRKLAND & ELLIS
LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP,
ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION,
FOR THE (I) INTERIM FEE PERIOD FROM MAY 1, 2023 THROUGH
AND INCLUDING JUNE 9, 2023 AND THE (II) FINAL FEE PERIOD FROM
JULY 26, 2022 THROUGH AND INCLUDING JUNE 9, 2023**

The undersigned counsel for the above-captioned former debtors and debtors in possession (the "Debtors") certifies as follows:

1. On June 23, 2023, the Debtors filed the *Fourth Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the (I) Interim Fee Period from May 1, 2023 Through and Including June 9, 2023 and the (II) Final Fee Period from July 26, 2022 Through and Including June 9, 2023* [Docket No. 1832] (the "Application").

2. On June 23, 2023, the Debtors filed the *Notice of Hearing on Fourth Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the (I) Interim Fee Period from May 1, 2023*

---

[1] The above-captioned Debtors, along with the last four digits of each Debtors' federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief*, entered by the Court for each consolidated Debtor [Docket Nos. 37–42]. The location of the Debtors' service address for the purposes of these chapter 11 cases is: 7911 Zionsville Road, Indianapolis, Indiana 46268.

*Through and Including June 9, 2023 and the (II) Final Fee Period from July 26, 2022 Through and Including June 9, 2023* [Docket No. 1839] (the "Hearing Notice").

3. On December 21, 2022, the Court entered an *Order Granting the United States Trustee's Motion for Appointment of Independent Fee Examiner* [Docket No. 959] appointing Judy Wolf Weiker as independent fee examiner (the "Fee Examiner").

4. The deadline for parties to file responses or objections to the Application was September 20, 2023, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), as clearly stated in the Hearing Notice.

5. The *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 541] (the "Interim Compensation Order") provides that the Court may approve an uncontested interim fee application without the need for a hearing if no objections are filed. *See* Interim Compensation Order ¶ 2(f).

6. The *Amended Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 607] (the "Case Management Procedures") provides that a motion or application may be granted without a hearing, provided that, after the passage of the Objection Deadline, the movant files a certification that no objection has been filed or served on the movant. *See* Case Management Procedures at ¶ 19.

7. On September 13, 2023, the Fee Examiner filed the *Fourth Report and Recommendations of the Independent Fee Examiner Regarding Final Fee Applications of Professionals* [Docket No. 2016]. As set forth therein, Kirkland & Ellis LLP and Kirkland & Ellis

2

International LLP ("Kirkland") reached a resolution concerning issues raised by the Fee Examiner with Kirkland and the Fee Examiner recommended approval of the Application.

8. To the best of the Debtors' knowledge, as of the Objection Deadline, no objection to the Application has been (a) filed with the Court on the docket of the above-captioned chapter 11 cases, nor (b) served on the Debtors or their counsel.

9. It is therefore respectfully requested that the Court enter an order granting the Application at the earliest convenience of the Court.

*[Remainder of the page intentionally left blank]*

Indianapolis, Indiana
Dated: September 21, 2023

*/s/ Jeffrey A. Hokanson*

**ICE MILLER LLP**
Jeffrey A. Hokanson (Ind. Atty. No. 14579-49)
Alexandria Lundberg (Ind. Atty. No. 37881-49)
One American Square, Suite 2900
Indianapolis, Indiana 46282-0200
Telephone:    (317) 236-2100
Facsimile:    (317) 236-2219
Email:    Jeff.Hokanson@icemiller.com
     Alexandria.Lundberg@icemiller.com

*Co-Counsel to Aearo Technologies LLC*
*and Certain of Its Affiliates*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Emily E. Geier, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
     emily.geier@kirkland.com
     derek.hunter@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Spencer A. Winters (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    chad.husnick@kirkland.com
     spencer.winters@kirkland.com

*Co-Counsel to Aearo Technologies LLC*
*and Certain of Its Affiliates*